AO 91 (Rev. 11/11)   Criminal Complaint

**FILED**

Oct 13 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tyler Revels | ) | Case No.  3-21-mj-71619 MAG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 27, 2021 _____ in the county of _____ Marin _____ in the
_____ Northern _____ District of _____ California _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm or ammunition |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Kassandra Lane.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Approved as to form _____
AUSA   Zachary G.F. Abrahamson

Kassandra Lane, Special Agent, FBI
*Printed name and title*

Sworn to before me by telephone.

Date: _____ 10/13/2021 _____

_____
*Judge's signature*

City and state: _____ San Francisco, CA _____          Hon. Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kassandra Lane, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, state:

### I.   INTRODUCTION AND QUALIFICATION OF AFFIANT

1.   This affidavit is made in support of a criminal complaint and arrest warrant for Tyler Revels ("Revels") for the violation of Title 18, United States Code (U.S.C.), Section 922(g)(1), Felon in Possession of Firearm and Ammunition.

2.   I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since December of 2020. I am currently assigned to the Santa Rosa Resident Agency of the San Francisco Division. While employed at the FBI, I have investigated federal criminal violations related to violent and white-collar crime. As a federal law enforcement agent, I am authorized to seek and obtain search warrants, arrest warrants, and investigate violations of federal laws, including Title 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm and Ammunition.

3.   The facts in this affidavit come from my personal observations, as well as information obtained from Marin County Sheriff's Office and Marin County Probation Department, and my review of records relating to this investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about the matter.

4.   I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law.

### II.   RELEVANT STATUTES

5.   Pursuant to Title 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm and Ammunition, it is unlawful for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce. To prove a violation of Title 18 U.S.C. § 922(g)(1), the government must prove beyond a reasonable doubt that (1) the defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year; (2) the defendant

knowingly possessed a firearm; and (3) the firearm had previously passed in interstate commerce.

### III.   STATEMENT OF PROBABLE CAUSE

6.      On May 7, 2018, in the Superior Court of California, County of Contra Costa, Tyler Revels pled guilty to violating California Penal Code § 273.5(a) – Injuring a Spouse, Cohabitant, Fiancé, Person with a Past or Present Dating Relationship, or Child's Parent, and § 166(c)(4) – Violation of Court Order. Both convictions are felonies, punishable by incarceration for one year or more.

7.      On February 5, 2019, in the Superior Court of California, County of Marin, Revels pled guilty to violating California Penal Code § 626.9(b)/626.9(f) – Possession of a Firearm in a School Zone. This conviction is a felony, punishable by incarceration for one year or more.

8.      On February 4, 2020, in the Superior Court of California, County of Marin, Tyler Revels pled guilty to violating California Penal Code § 530.5(c)(3) – Possession of Identifying Information of Ten or More Persons with the Intent to Defraud. This conviction is a felony, punishable by incarceration for one year or more.

9.      Revels was aware of his felon status and that he was prohibited from possessing any firearm or ammunition. On May 7, 2018, Revels wrote his initials next to the following items on the Superior Court of California, County of Contra Costa, Felony Advisement of Rights, Waiver and Plea Form: "FELONY PROBATION: I understand that I will be placed on felony probation for three years," and "I understand that as a result of my conviction in this case, I will be prohibited from possessing any firearm or ammunition."

10.     Revels also agreed to a suspicionless search provision as part of his February 2020 plea to charges in Marin County.  That provision subjected Revels to "search and seizure of his/her person, vehicle, residence, or any other property under his/her control, at any time of the day or night, by any Probation Officer or Peace Officer, with or without probable cause, with or without a warrant."

11.     On February 9, 2021, Revels' Probation Officer received information that Revels had posted photos and videos of himself on social media holding a handgun. Photos on his social media accounts showed Revels holding a handgun with an extended

magazine. Additional photos showed what appeared to be the same handgun with the visible serial JCV6625.

  

12.      On April 13, 2021, Revels reported 1385 North Hamilton Parkway, Unit 105, Novato, California ("primary residence") as his primary residence to his Probation Officer in a text message.

13.      From April 12, 2021 to April 27, 2021, Revels' GPS monitoring bracelet tracked him to his primary residence daily.

14.      On April 27, 2021, Marin County Probation Officers, Marin County Sheriff's Office Deputies and Detectives, and an FBI Special Agent conducted a probation search on Revels at his primary residence, a studio apartment shared with his girlfriend and newborn baby. During the search of the primary residence, a locked gun case was located underneath two beds pushed together. Inside the case the following items were located: one (1) loaded Smith & Wesson M&P M2.0 9mm pistol bearing serial JCV6625, one (1) loaded nine (9) round 9mm magazine, two (2) extended 9mm magazines with a speed loader, and sixty (60) rounds of loose 9mm ammunition. The serial number on the seized firearm matched the serial number on

the above-shown social media posts.  Therefore, I believe that the seized firearm is the same firearm that Revels posted pictures of himself holding.



15.     On August 19, 2021, the FBI received an email from Smith & Wesson, the company that manufactured the Smith & Wesson M&P M2.0 pistol bearing serial JCV6625, indicating that the firearm was manufactured in Springfield, Massachusetts.

16.     On August 27, 2021, the FBI received an E-Trace report from Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Kristen Larsen. The E-Trace report indicated that the Smith & Wesson M&P M2.0 pistol bearing serial JCV6625 was originally purchased in Arkansas.

IV.   **REQUEST TO SEAL AFFIDAVIT, CRIMINAL COMPLAINT, AND ARREST WARRANT**

17.     Based on my training and experience, disclosure of the evidence of this affidavit, the complaint, the arrest warrant, and related documents may cause Revels to destroy evidence or conceal ongoing criminal activity, jeopardizing the progress of the ongoing investigation. I therefore request that the Court seal this affidavit, the complaint, the arrest warrant, and related documents.

## V.    CONCLUSION

18.    Based on the facts and circumstances described in this affidavit, along with my training, experience, and consultation with other experienced law enforcement agents and representatives from the aforementioned companies, there is probable cause to believe that on April 27, 2021, Revels committed a violation of federal law in that he was a Felon in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. § 922(g)(1).

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge and belief.

_____/s/_____

Kassandra Lane

Special Agent

Federal Bureau of Investigation

Subscribed and sworn ~~to before me~~ by telephone this ___13th___ day of October, 2021.

HON. THOMAS S. HIXSON

United States Magistrate Judge

Northern District of California