**FILED**
Nov 01 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Thomas S. Hixson** <br> U.S. Magistrate Judge | **RE:** | **Tyler Revels** |
| **FROM:** | **Silvio Lugo, Chief** <br> U.S. Pretrial Services Officer | **Docket No.:** | **3:21CR00403-1** |
| **Date:** | 11/1/21 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                                                             (408) 535-5224
U.S. Pretrial Services Officer                                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _by Zoom today_ on _11/1/2021_ at _1:00 pm_ - Judge _Hixson_

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
  A. _____
  B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____
_____

_[signature]_                                                                 _11/1/2021_
**JUDICIAL OFFICER**                                                **DATE**
THOMAS S. HIXSON, U.S. MAGISTRATE JUDGE