**FILED**

Nov 01 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ~~PROPOSED~~ ORDER/COVER SHEET

TO:      **Honorable Thomas S. Hixson**          RE:   **Tyler Revels**
         **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**                  Docket No.:   **3:21CR00403-1**
         **U.S. Pretrial Services Officer**

Date:    **11/1/21**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Kim Do                                          (408) 535-5224

U.S. Pretrial Services Officer                  **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑   Modification(s)

   A.   The defendant's residential condition that he reside in a halfway house at 111 Taylor Street in San Francisco, CA and must comply with al conditions of that facility is removed for a 48-hour period until his Bail Review Hearing scheduled for November 3, 2021 at 9:00 a.m.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

   _____

   _____

   _____

**JUDICIAL OFFICER**          November 1, 2021
Hon. Thomas S. Hixson          **DATE**
U.S. Magistrate Judge