```
                                                              FILED
                                                              Nov 04 2021

                    ~~PROPOSED~~ ORDER/COVER SHEET            CLERK, U.S. DISTRICT COURT
                                                              NORTHERN DISTRICT OF CALIFORNIA
                                                              SAN FRANCISCO
```

**TO:**   Honorable Thomas S. Hixson          **RE:**   Tyler Revels
          U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief                  **Docket No.:**   3:21CR00403-1
          U.S. Pretrial Services Officer

**Date:** 11/3/21

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                        (408) 535-5224

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

   A. The defendant's residential condition that he reside in a halfway house at 111 Taylor Street in San Francisco, CA and must comply with all conditions of that facility is removed.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

**JUDICIAL OFFICER**                          November 4, 2021
Hon. Thomas S. Hixson                         **DATE**
U.S. Magistrate Judge