**FILED**

NOV 28 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7034
    Facsimile:   (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-0403-VC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| TYLER REVELS, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant TYLER REVELS, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: November 28, 2022

/s/ *signature*
Hon. VINCE CHHABRIA
United States District Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **MARC KOLC, United States Marshal for the Northern District of California** and/or any of his authorized deputies, and

**JAMIE SCARDINA, Napa County Sheriff,** the Marin County Jail (Attn: Sgt. Chris Gullett), 13 Peter Behr Dr., San Rafael, CA 94903 and/or of his authorized deputies.

Pursuant to the foregoing petition and order, you are directed to produce the body of TYLER REVELS, who is in the custody of the Marin County Jail (ID #P00228242), before the Honorable VINCE CHHABRIA, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at **450 Golden Gate Ave., 17th Floor, San Francisco, California 94102, on December 12, 2022, at 1:00 p.m., or as soon thereafter as practicable,** on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release TYLER REVELS from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 11/28/2022

By: _____
DEPUTY CLERK

MARK B. BUSBY, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

