1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   KATHERINE L. WAWRZYNIAK (CABN 252751)
3  Chief, Criminal Division

4  DANIEL N. KASSABIAN (CABN 215249)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone:   (415) 436-7034
7       Fax:         (415) 436-7234
        daniel.kassabian@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA, | ) | **CASE NO. 21-cr-403 VC** |
|   |   ) |   |
|         Plaintiff, | ) | **UNITED STATES' AMENDED SENTENCING** |
|   |   ) | **MEMORANDUM** |
|     v. | ) |   |
|   |   ) | **DECLARATION OF DANIEL N. KASSABIAN** |
| TYLER REVELS, | ) | **IN SUPPORT THEREOF** |
|   |   ) |   |
|         Defendant. | ) |   |
|   |   ) |   |

18                    **SENTENTCING MEMORANDUM**

19                         **INTRODUCTION**

20        Tyler Revels is a dangerous felon.  That is demonstrated by his offense conduct and substantial

21 criminal history.  His conviction on this firearms charge followed seven convictions over the last six

22 years.  Marin County law enforcement undertook the probation search that led to this case after Mr.

23 Revels posted a series of Instagram photos flaunting a firearm and ammunition.  That probation search

24 recovered a loaded firearm, extended magazines, a speed loader, and 60 rounds of ammunition—all in a

25 Novato studio apartment that Mr. Revels shared with his then-girlfriend and newborn son.

26        Worse, when this Court released him from custody, Mr. Revels squandered the opportunity to

27 demonstrate that he wanted to rehabilitate in the face of federal charges instead of being sentenced to

28 years in prison.  Another probation search revealed him to be in possession of others' personal

identifying information (PII) and credit cards that had been used recently without authorization.  Given that Mr. Revels has a prior conviction for misuse of PII, the Court should connect the dots:  Mr. Revels returned to criminal conduct while under this Court's supervision.

For these reasons and others that follow, the United States joins the U.S. Probation Office's recommendation of a custodial term of 63 months and a supervised release term of three years.

## ARGUMENT

## I.     Legal Standard

The United States Sentencing Guidelines serve as "the starting point and initial benchmark" of any sentencing process and are to be kept in mind throughout the process.  *See United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008); *see also United States v. Kimbrough*, 522 U.S. 85, 108 (2007).  The overarching goal of sentencing, as set forth by Congress, is for the Court to "impose a sentence sufficient, but not greater than necessary."  *Carty*, 520 F.3d at 991.  In accomplishing that goal, the Court should consider the factors set forth under 18 U.S.C. § 3553(a), to include:

> (1)     the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2)     the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>
> (3)     the need for the sentence imposed to afford adequate deterrence to criminal conduct;
>
> (4)     the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.

## II.    The Defendant's Base Offense Level Is 20

In reaching a plea agreement, the parties agreed to disagree on one question of law: whether Mr. Revels's prior domestic battery conviction under California Penal Code § 273.5 qualified as a crime of violence under the U.S. Sentencing Guidelines.  Per the Ninth Circuit, domestic battery is a crime of violence.  So Mr. Revels' base offense level is 20, and not 14 as defense posits.

The U.S.S.G. § 2K2.1 sets forth the base offense levels for crimes involving the possession of firearms.  *See generally* USSG § 2K2.1(a).  The section grades base offense level by aggravating factors, and § 2K2.1(a)(4) provides for a base offense level of 20 where "the defendant committed any part of

the instant offense subsequent to sustaining one felony conviction of either a crime of violence or a controlled substance offense." USSG § 2K2.1(a)(4)(A). "Crime of violence" has the meaning "given that term in §4B1.2(a) and Application Note 1 of the Commentary to §4B1.2." USSG § 2K2.1, app. note 1. That guideline section, in turn and as relevant here, defines "crime of violence" to mean any felony offense under federal or state law that "has as an element the use, attempted use, or threatened use of physical force against the person of another." USSG § 4B1.2(a)(1).

The Ninth Circuit has held, time and again, that domestic battery under Cal. Penal Code § 273.5 is a crime of violence. Its most recent holding was in *United States v. Walker*, 953 F.3d 577, 579 (9th Cir. 2020) ("Convictions Under § 273.5 Constitute a Categorical 'Violent Felony'"). There, applying the Armed Career Criminal Act's definition of "violent felony," the Ninth Circuit stated that "under § 273.5 a defendant must willfully inflict . . . a direct application of force on the victim." *Id*. (citing *Banuelos-Ayon v. Holder*, 611 F.3d 1080, 1086 (9th Cir. 2010)) (cleaned up). The Ninth Circuit has continued to adhere to *Walker*'s holding even after the Supreme Court's decision in *Borden v. United States*, 141 S. Ct. 1817 (2021), which Mr. Revels relies upon to claim a base offense level of 14. In *United States v. Barrera*, No. 20-10368, 2022 WL 1239052 (9th Cir. Apr. 27, 2022), the Ninth Circuit held that *Borden* "is not clearly irreconcilable with *Walker*." *Id*. at *1. And the *Barrera* court then reconciled them. The defendant's California domestic battery convictions, the *Barrera* court said, fell "within *Borden*'s interpretation of the ACCA's elements clause because a person convicted of violating § 273.5 must 'willfully inflict a direct application of force on the victim.'" *Id*. Thus, the court found itself "bound by *Walker*'s holding that a violation of § 273.5 is a 'violent felony' under the ACCA." *Id*. Revels has provided no authority to the contrary. His domestic battery conviction is a crime of violence.

Should it be compelled to double check the Ninth Circuit's work, this Court need not look further than California's jury instructions for this crime, which lay out the crime's elements, and definitions, in relevant part:

1. The defendant <u>willfully</u> [and unlawfully] inflicted a physical injury on (his/her) ([former] spouse/[former] cohabitant/the (mother/father) of (his/her) child)/someone with whom (he/she) had, or previously had, an engagement or dating relationship);

[AND]

2. The injury inflicted by the defendant <u>resulted in a traumatic condition</u>.

<Give element 3 when instructing on self-defense or defense of another>

[AND

3.   The defendant did not act (in self-defense/ [or] in defense of someone else).]

Someone commits an act willfully when he or she does it <u>willingly or on purpose</u>.

A traumatic condition is a wound or other bodily injury, whether minor or serious, caused <u>by the direct application of physical force</u>.

CALCRIM No. 840 (2023).  Because conviction of this crime requires proof that the defendant engaged in the direct application of force willingly or on purpose, it is clear that this crime checks the box on the requirement, per *Borden*, that the defendant be aware that his intentional conduct would harm another.

### III.   A 63-Month Sentence Is Appropriate Pursuant § 3553(a)

#### A.   The nature and circumstances of the defendant's offense favor a 63-month sentence.

Although Mr. Revels's offense did not injure anyone, the nature and circumstances of his conduct were not benign.  Photos recovered from his Instagram account during the spring of 2021 show him possessing a firearm in a vehicle while driving the Oakland streets:

**Exhibit 1**: Photo captured from "bigmoneyrev" Instagram account on February 22, 2021.

**Exhibit 2**: Photo captured from "bigmoneyrev" Instagram account on March 9, 2021.





That officers recovered extended magazines and speed loaders alongside Mr. Revels's firearm also favors a substantial custodial term.  That paraphernalia, which Mr. Revels flaunted on Instagram, is

pictured below.

| **Exhibit 3**: Photo captured from "bigmoneyrev" Instagram account on February 26, 2021. | **Exhibit 4**: Photo captured from "bigmoneyrev" Instagram account on February 27, 2021. |
|---|---|
|  |  |

Fortunately for Mr. Revels, the extended magazines did not function when inserted by law enforcement into the firearm seized. So he avoided an even higher base offense level. *See* USSG §2K2.1(a)(3) (setting a base offense level of 22 where the defendant has a violent felony and the offense involves a "semiautomatic firearm that is capable of accepting a large capacity magazine"). But the magazines are further evidence of the dangerous manner in which Revels possessed the firearm here.

Revels also possessed that firearm in the proximity of a newborn child. When law enforcement responded to Mr. Revels' Novato residence for the April 2021 search, they reported that Mr. Revels' then-girlfriend and "her new born child were in the home." Decl. of Daniel N. Kassabian ("Kassabian Decl.") Ex. A, at 7. That circumstance further underscores the recklessness of the offense conduct.

**B.     The defendant's history and characteristics also favor a 63-month sentence.**

A Marin County presentence report from Mr. Revels's last conviction summed up his history and characteristics well: "The defendant arrived in California, apparently from Missouri, in mid-2016 and has quickly attained a serious pattern of criminal conduct." Kassabian Decl. Ex. B, at 10. In the last six

years, Mr. Revels has been convicted of state firearms offenses twice, *see* PSR ¶¶ 34, 37; of witness

suasion, *see* PSR ¶ 36; of possessing PII of more than ten people, *see* PSR ¶ 38, and of sending lewd

material to a minor.  That qualifies Mr. Revels as a Criminal History Category (CHC) VI offender.

The Court should give particular attention to Mr. Revels's history of firearm possession.  As

noted in his PSR, Mr. Revels's first adult conviction involved a firearm.  *See* PSR ¶ 34.  In the middle of

a night in October 2016, when Mr. Revels was only 18 years old, local police responded to a Tesla

facility in Fremont.  Officers found Mr. Revels with a human resources employee, searched Mr.

Revels's backpack, and found a loaded Smith & Wesson revolver.  *Id.*  Two years later, officers

searching Mr. Revels's vehicle near a San Rafael elementary school found a MAC-11 assault pistol,

operable and loaded with a high-capacity magazine.  *See* PSR ¶ 37.  A few years later, after viewing a

series of brazen Instagram posts involving a firearm and ammunition, Marin County probation officers

located the firearm that resulted in this prosecution.  Throughout this history, terms of probation failed to

deter Mr. Revels from acquiring firearms.  A meaningful custodial term is an appropriate next step.

### C.    The defendant's criminal conduct while on supervised pretrial release belies his unwillingness to be law abiding

Mr. Revels's performance on supervised pretrial release by this Court is consistent with his

history of criminal conduct undeterred by supervision—simply put, he commits crimes regardless of

whether he's under the watchful eye of a probation officer, and even with the judgment of this Court

hanging over his head.  The defense asserts that, while he was on pretrial release in the instant case, Mr.

Revels <u>completely</u> turned his life around.  The facts show otherwise.  Those facts, as set forth in police

reports, are easily corroborated should further proof be necessary.  *See generally* Kassabian Decl. Ex. C.

On March 24, 2022, Mr. Revels was subject to a probation search at his residence, 14 Terners

Drive #34 in Marin City, yet again.  At that time, Mr. Revels's probation terms included that he was

subject to warrantless search, including his residence and all his electronics, and that he could not have

the personal identification of others.

During that probation search, credit cards belonging to Amy Thelen were found inside Mr.

Revels's work backpack from Tenderloin Linkage Center.  Ms. Thelen was subsequently interviewed by

an investigator at the Marin County D.A.'s office on August 19, 2022.  During that interview, Ms.

1  Thelen stated that she had lost her wallet in San Francisco in February 2022.  She last saw her wallet at a

2  massage salon and noticed it was missing the next day at home.  It had her California driver license, a

3  few credit cards, a health thrift charge card, and her medical insurance card.  Thereafter, she got bank

4  notifications that two of her credit cards were used in the San Rafael Target for a $400 purchase.  The

5  second charge went through, but the bank covered it as unauthorized by her.  Ms. Thelen did not ever

6  file a police report.  Instead, she cancelled her credit cards and had new ones issued.  When interviewed

7  on August 19, 2022, Ms. Thelen stated that she did not know Tyler Revels.

8      Also during the March 24 search, Mr. Revels's probation officer located suspected PII belonging

9  to others in photographs and notes accessible from Mr. Revels's mobile phones.  Mr. Revels was not

10  arrested following the search on March 24, however, for any new criminal offense or for violating the

11  terms of his probation.  Instead, Mr. Revels's probation officer took possession of Mr. Revels's mobile

12  phones and the located credit cards, and Mr. Revels remained free on the existing terms of his probation.

13  Mr. Revels's mobile phones were subsequently extracted and searched by the Marin County Sheriff's

14  Office on July 19, 2022.  The search revealed photos of SSN and/or state ID cards of three people.  The

15  search also revealed notes of DOBs, SSNs, and/or email addresses of eight other persons.  A complaint

16  was thereafter filed by the Marin County D.A.'s Office on August 29, 2022, charging Mr. Revels with

17  acquiring or retaining Ms. Thelen's PII and access card information with the intent to defraud.

18
19      **D.    A 63-month sentence reflects the seriousness of the defendants' offense, adequately deters, and protects the public from further crimes.**

20      The government and the probation office both recommend a custodial term of 63 months.  That

21  sentence represents the low end of Mr. Revels's guidelines range, which is the "starting point and the

22  initial benchmark" of sentencing analysis.  *Kimbrough v. United States*, 552 U.S. 85, 108 (2007); *see*

23  *also id*. at 109 ("[I]n the ordinary case, the Commission's recommendation of a sentencing range will

24  'reflect a rough approximation of sentences that might achieve § 3553(a)'s objectives.'").  Revels'

25  requested sentence—time served—would make a mockery of the United States' interest in enforcing

26  gun laws.

27      Moreover, Mr. Revels' recidivism shows the risk that he poses to the community if granted a

28  sentence of time served: Since 2017, Mr. Revels has committed about one crime per year, ranging from

1  domestic violence to fraud by identity theft.  *See generally* PSR ¶¶ 34-40.  In light of that history, it is

2  obvious that Mr. Revels's incarceration will make the communities of the Bay Area safer.

### E.   The need to avoid unwarranted sentence disparities among defendants with similar records favors a 63-month sentence.

5  Data from the Judiciary Sentencing Information (JSIN) platform is properly considered and

6  particularly suited to avoid sentencing disparities.  That data supports a 63-month sentence here.

7  First, the Court may consider the JSIN data in the PSR.  It is well established that district courts

8  have broad discretion at sentencing to consider a wide range of information that could not otherwise be

9  used or admissible in other settings.  *See* 18 U.S.C. § 3661; *Concepcion v. United States*, 142 S. Ct.

10  2389, 2398 (2022) ("Such discretion is bounded only when Congress or the Constitution expressly limits

11  the type of information a district court may consider. . . ."); *United States v. Tucker*, 404 U.S. 443, 446

12  (1972) ("[A] judge may appropriately conduct an inquiry broad in scope, largely unlimited either as to

13  the kind of information he may consider, or the source from which it may come.").  The defense has not

14  articulated an express statutory or Constitutional basis on which this Court must exclude the JSIN

15  data.  Insofar as the defense attacks the persuasiveness or applicability of the data to his case, those

16  claims go to the merits of the ultimate sentencing decision, not whether the JSIN data should be

17  excluded from the PSR altogether.  Given that the JSIN data merely formalizes the Sentencing

18  Commission's "longstanding practice of providing sentencing data at the request of federal judges by

19  making some of the data provided through these special requests more broadly and easily available,"

20  there is no basis to exclude the data from the PSR.  *See* U.S.S.C., *What is the Judiciary Sentencing*

21  *INformation (JSIN) platform?*, *available at* https://www.ussc.gov/guidelines/judiciary-sentencing-

22  information.

23  Second, the JSIN data demonstrates that a 63-month sentence comports with defendants

24  convicted of similar offenses.  Between 2017 and 2021, 586 offenders of CHC VI were sentenced

25  pursuant to USSG § 2K2.1 with a total offense level of 19.  Of those, virtually all received custodial

26  terms.  Those terms had a median length of imprisonment of 63 months.  *See* PSR ¶ 96.

### CONCLUSION

28  The government respectfully requests that the Court impose a sentence of 63 months' imprisonment

1 | and three years of supervised release.

2 | DATED:  June 8, 2023                              Respectfully submitted,

3 |                                                  ISMAIL J. RAMSEY
                                                     United States Attorney
4 |

5 |                                                  _____/s/_____

6 |                                                  DANIEL N. KASSABIAN
                                                     Assistant United States Attorney

## <u>DECLARATION OF DANIEL N. KASSABIAN</u>

I, Daniel N. Kassabian, declare and state as follows:

1.      I am an Assistant United States Attorney for the Northern District of California. I am assigned to the prosecution of the above-captioned case.

2.      Attached hereto as Exhibit A is a true and correct copy of a document produced in this case and bearing the Bates range USTR-000254 through -000263.

3.      Attached hereto as Exhibit B is a true and correct copy of a document produced in this case and bearing the Bates range USTR-000295 through -000307.

4.      Attached hereto as Exhibit C are true and correct copy documents produced in this case and bearing the Bates range USTR-001036 through -001057.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of June 2023.

_____/s/____Daniel N. Kassabian_____

2098-6860-5440, v. 1

# EXHIBIT A

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
**ORIG**



**21-1155**

Supplement No
**ORIG**

1600 LOS GAMOS DR #200

SAN RAFAEL, CALIFORNIA 94903

Reported Date
**04/27/2021**
Rpt/Incident Typ
**MISC PC**
Member #
**REHBERG, ANDREW**

Phone
**(415) 473-7284**
Fax
**(415) 473-4126**

## Administrative Information

| Agency | | Case Number | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|
| MARIN COUNTY SHERIFF'S OFFICE | | 21-1155 | ORIG | 04/27/2021 | | 15:03 |

| CAD Event | Status | Rpt/Incident Typ |
|---|---|---|
| L21045441 | Report to follow | Penal Code Violation |

| Location | | | | | | City |
|---|---|---|---|---|---|---|
| 1399 HAMILTON PKWY #105 | | | | | | Novato |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | Primary Unit |
|---|---|---|---|---|---|---|
| 94949 | 130339 | NP | NP3 | 04/27/2021 | 15:03 | 1P2 |

| Member # | | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|---|
| SO1847/REHBERG, ANDREW | | Cope | SO1847 | Cope | Successful |

| Prop Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| Successful | 3333 | 04/28/2021 | 08:13:18 |

Request Evidence Processing
**fingerprint firearm and Pelican case**

| # Offenses | Offense | Description |
|---|---|---|
| 1 | 29800(B) PC | Felon Possess Firear |
| NIBRS | | [A_C] [MOE] |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| ARR | ARR | 1 | REVELS, TYLER | B | M |

DOB
**11/07/1997**

| # Offenses | Offense | Description |
|---|---|---|
| 2 | 30305(A)(1) PC | Person Owning Ammuni |
| NIBRS | | [A_C] [MOE] |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| ARR | ARR | 1 | REVELS, TYLER | B | M |

DOB
**11/07/1997**

| # Offenses | Offense | Description |
|---|---|---|
| 3 | 496 PC | Receive/Known Stolen |
| NIBRS | | [A_C] [MOE] |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| ARR | ARR | 1 | REVELS, TYLER | B | M |

DOB
**11/07/1997**

| # Offenses | Offense | Description |
|---|---|---|
| 4 | 1203.2 PC | Violation of Probati |
| NIBRS | | [A_C] [MOE] |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| ARR | ARR | 1 | REVELS, TYLER | B | M |

DOB
**11/07/1997**

| # Offenses | Offense | Description |
|---|---|---|
| 5 | 12022.1(B) PC | Commit Felony While |
| NIBRS | | [A_C] [MOE] |

| Report Officer | Printed At |
|---|---|
| SO1847/REHBERG, ANDREW | 04/28/2021 08:43 |

Page 1 of 10

# Incident Report

## MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
ORIG

| Link | Involvement | Invl No | Name | Race | Sex |
|------|-------------|---------|------|------|-----|
| ARR | ARR | 1 | REVELS,TYLER | B | M |

| DOB | | | | | |
|-----|--|--|--|--|--|
| 11/07/1997 | | | | | |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|------|---------|------|------|-----|
| ARR | 1 | I | REVELS,TYLER | 3307757 |

| Race | Sex | DOB | | |
|------|-----|-----|--|--|
| B | M | 11/07/1997 | | |

## Property Summary

| Involvement | Description |
|-------------|-------------|
| EVD | Firearm: Smith & Wesson M&P M2.0 Type=Pistol 9 |
| EVD | Article: Other/Misc GUNACC LUGER  9 Luger rounds, 9mm |
| EVD | Article: Other/Misc MAGS   Two extended mags, speed loader |
| EVD | Article: Other/Misc GUNACC   60 rounds, 9mm |
| EVD | Article: Other/Misc CASE PELICA  Vault Pelican case |
| UND | Securities: DEBIT |
| SFK | Article: Other/Misc CDL   Revels CDL |
| SFK | Article: Other/Misc GLOVES BLACK  Black gloves, pair |
| EVD | Article: Other/Misc LOCKS MASTER  Cut locks from gun box, Pelican |
| SFK | Article: Other/Misc TWEEZE   Black tweezers |
| EVD | Article: Other/Misc BB GUN DAISY 415 Black BB gun, handgun replica |
| EVD | Article: Other/Misc PAINT GUN STORMER Paint ball gun, Stormer |
| EVD | Article: Other/Misc PAINT GUN CRONUS Paint ball gun, Cronus |
| SFK | Article: Other/Misc BAG   Black Wells Fargo bag |
| EVD | Article: Other/Misc PAINT BALL PARTS Paint ball parts |
| UND | Securities: CURREN |
| UND | Article: Other/Misc WATCH IWATCH  I Watch |
| UND | Article: Other/Misc PHONE IPHONE  White Iphone, black case |
| UND | Article: Other/Misc PHONE   White phone |
| UND | Article: Other/Misc LAPTOP HP 14DK1013D HP laptop |

## Summary Narrative

Tyler Revels was booked into Marin County Jail for weapons violations and violating his current Marin County Probation terms.

| Report Officer | Printed At |
|----------------|------------|
| SO1847/REHBERG,ANDREW | 04/28/2021 08:43 |

Page 2 of 10

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
ORIG

### Arrestee 1: REVELS,TYLER

| Involvement | Invl No | Type |
|---|---|---|
| Arrestee | 1 | Individual |

| Name | | | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| REVELS,TYLER | | | | | 3307757 | Black | Male |

| DOB | Age | Ethnicity | | Juvenile? | Height | Weight | Hair Color | Eye Color | Skin |
|---|---|---|---|---|---|---|---|---|---|
| 11/07/1997 | 23 | Not of Hispanic origin | | No | 6'00" | 150# | Black | Brown | Black |

| PRN | Jail Transfer |
|---|---|
| 834658 | Successful |

| Type | Address |
|---|---|
| Home | 1399 HAMILTON PKWY #105 |

| City | State | ZIP Code | Date |
|---|---|---|---|
| Novato | California | 94949 | 04/27/2021 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | Y4298291 | California |

| Involvement | Arrest Date | Arrest Time | Book Date | Book Time | Status | Dispo |
|---|---|---|---|---|---|---|
| Arrested | 04/27/2021 | 15:30:00 | 04/27/2021 | 16:56:00 | Booked | Felony |

| Arrest Location | City |
|---|---|
| 1399 HAMILTON PKWY #105 | Novato |

| Rep Dist | Beat |
|---|---|
| 130339 | NP3 |

| Charge | Level | Charge Descrip |
|---|---|---|
| 12022.1 PC | F | Offense While on Bai |
| 29800(B) PC | F | FELON POSSESS FIREAR |
| 30305(A)(1) PC | F | PERSON OWNING AMMUNI |
| 496(A) PC | F | MISD POSS STOLN PROP |
| 1203.2 PC | M | VIOLATION OF PROBATI |

On 4/27/2021, Tyler Revels was contacted at his residence and a probation search was conducted of said residence (SC209956A, SC206830A). While conducting the probation search, a loaded firearm and ammunition were located in a locked gun box. Both items were recently seen on Revel's social media accounts in his possession. A records check of the firearm revealed it to be stolen. Additionally, Revels refused his PO's request to unlock his cellular phone for a search as required per his Marin County Probation terms. For being in possession of a loaded firearm, Revels was arrested for the violation of 29800 (b) PC. For the ammunition, Revels was arrested for the violation of 30305 (a)(1) PC. As the firearm was reported stolen, the violation of 496 (a) PC was added to the violation and Revels was arrested for the violation of 1203.2 PC (refusing to provide his password for his cellular phone to his PO). Revels was booked into Marin County Jail for the listed violations.

### Property

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 1 | Evidence | 04/27/2021 | Yes | No | 210000830 | 1 | JCV6625 |

| # Pieces | Description | | | | Typ | Cat |
|---|---|---|---|---|---|---|
| 1 | Smith and Wesson, M&P, 9mm, black firearm and mag | | | | F | Other/Misc |

| Article | Make | Model | Type/Cat | Caliber | Finish | Barrel Length |
|---|---|---|---|---|---|---|
| Guns/Firearms | Smith & Wesson | M&P M2.0 | Type=Pistol | 9MM | Black | 3 Inch |

| Barrel Type | Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|---|
| Single | 04/27/2021 | 20:11 | Successful | SO1847 | 0427212259 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| OWN | ARR | 1 | REVELS,TYLER | | B | M |

| DOB |
|---|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|---|---|---|---|---|---|---|---|
| 2 | Evidence | 04/27/2021 | Yes | No | 210000830 | 2 | 1 |

| Description | | Typ | Cat |
|---|---|---|---|
| 9 Luger rounds, 9mm | | A | Other/Misc |

| Article | Brand | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|---|
| Firearm accessories-holster,ammo, etc | LUGER | 04/27/2021 | 20:15 | Successful |

| Control | |
|---|---|
| SO1847 | 0427212259 |

| Report Officer | Printed At |
|---|---|
| SO1847/REHBERG,ANDREW | 04/28/2021 08:43 |

Page 3 of 10

# Incident Report
# MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
ORIG

| Link | Involvement | Invl No | Name | | | Race | Sex |
|------|-------------|---------|------|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 3 | Evidence | 04/27/2021 | Yes | No | 210000830 | 3 | 1 |

| Description | | | | Typ | Cat | Article |
|-------------|--|--|--|-----|-----|---------|
| Two extended mags, speed loader | | | | A | Other/Misc | MAGS |

| Entered Date | Entered Time | RMS Transfer | Control |
|--------------|--------------|--------------|---------|
| 04/27/2021 | 20:15 | Successful | SO1847   0427212259 |

| Link | Involvement | Invl No | Name | | | Race | Sex |
|------|-------------|---------|------|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 4 | Evidence | 04/27/2021 | Yes | No | 210000830 | 4 | 1 |

| Description | | | Typ | Cat |
|-------------|--|--|-----|-----|
| 60 rounds, 9mm | | | A | Other/Misc |

| Article | Entered Date | Entered Time | RMS Transfer |
|---------|--------------|--------------|--------------|
| Firearm accessories-holster,ammo, etc | 04/27/2021 | 20:16 | Successful |

Control
SO1847   0427212259

| Link | Involvement | Invl No | Name | | | Race | Sex |
|------|-------------|---------|------|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 5 | Evidence | 04/27/2021 | Yes | No | 210000830 | 5 | 1 |

| Description | | | Typ | Cat | Article |
|-------------|--|--|-----|-----|---------|
| Vault Pelican case | | | A | Other/Misc | CASE |

| Brand | Entered Date | Entered Time | RMS Transfer | Control |
|-------|--------------|--------------|--------------|---------|
| PELICA | 04/27/2021 | 20:17 | Successful | SO1847   0427212259 |

| Link | Involvement | Invl No | Name | | | Race | Sex |
|------|-------------|---------|------|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 6 | Under Investigation | 04/27/2021 | Yes | No | 210000830 | 6 | 1 |

| Description | | | Typ | Cat |
|-------------|--|--|-----|-----|
| 14 debit cards, some Revels, some Green Dot cards | | | S | Other/Misc |

| Article | Entered Date | Entered Time | RMS Transfer | Control |
|---------|--------------|--------------|--------------|---------|
| Debit Card | 04/27/2021 | 20:18 | Successful | SO1847   0427212259 |

| Link | Involvement | Invl No | Name | | | Race | Sex |
|------|-------------|---------|------|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 7 | Safekeeping | 04/27/2021 | Yes | No | 210000830 | 7 | 1 |

| Description | | | Typ | Cat | Article |
|-------------|--|--|-----|-----|---------|
| Revels CDL | | | A | Other/Misc | CDL |

| Entered Date | Entered Time | RMS Transfer | Control |
|--------------|--------------|--------------|---------|
| 04/27/2021 | 20:19 | Successful | SO1847   0427212259 |

| Link | Involvement | Invl No | Name | | | Race | Sex |
|------|-------------|---------|------|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 8 | Safekeeping | 04/27/2021 | Yes | No | 210000830 | 8 | 1 |

| Description | | | Typ | Cat | Article |
|-------------|--|--|-----|-----|---------|
| Black gloves, pair | | | A | Other/Misc | GLOVES |

| Brand | Entered Date | Entered Time | RMS Transfer | Control |
|-------|--------------|--------------|--------------|---------|
| BLACK | 04/27/2021 | 20:20 | Successful | SO1847   0427212259 |

| Link | Involvement | Invl No | Name | | | Race | Sex |
|------|-------------|---------|------|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | B | M |

DOB
11/07/1997

| Report Officer | Printed At |
|----------------|------------|
| SO1847/REHBERG,ANDREW | 04/28/2021 08:43 |

Page 4 of 10

# Incident Report

## MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
ORIG

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 9 | Evidence | 04/27/2021 | Yes | No | 210000830 | 9 | 1 |

| Description | | | | Typ | Cat | Article |
|-------------|--|--|--|-----|-----|---------|
| Cut locks from gun box, Pelican | | | | A | Other/Misc | LOCKS |

| Brand | Entered Date | Entered Time | RMS Transfer | Control | |
|-------|--------------|--------------|--------------|---------|--|
| MASTER | 04/27/2021 | 20:20 | Successful | SO1847 | 0427212259 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | B | M |

| DOB |
|-----|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 10 | Safekeeping | 04/27/2021 | Yes | No | 210000830 | 10 | 1 |

| Description | | | | Typ | Cat | Article |
|-------------|--|--|--|-----|-----|---------|
| Black tweezers | | | | A | Other/Misc | TWEEZE |

| Entered Date | Entered Time | RMS Transfer | Control | |
|--------------|--------------|--------------|---------|--|
| 04/27/2021 | 20:21 | Successful | SO1847 | 0427212259 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | B | M |

| DOB |
|-----|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 11 | Evidence | 04/27/2021 | Yes | No | 210000830 | 11 | 1 |

| Description | | | | Typ | Cat | Article |
|-------------|--|--|--|-----|-----|---------|
| Black BB gun, handgun replica | | | | A | Other/Misc | BB GUN |

| Brand | Model | Entered Date | Entered Time | RMS Transfer | Control | |
|-------|-------|--------------|--------------|--------------|---------|--|
| DAISY | 415 | 04/27/2021 | 20:21 | Successful | SO1847 | 0427212259 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | B | M |

| DOB |
|-----|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|--------|-------------|-----------|------------------|----------|--------|---------|-----------|
| 12 | Evidence | 04/27/2021 | Yes | No | 210000830 | 12 | 0001217 |

| # Pieces | Description | | | Typ | Cat |
|----------|-------------|--|--|-----|-----|
| 1 | Paint ball gun, Stormer | | | A | Other/Misc |

| Article | Brand | Model | Entered Date | Entered Time | RMS Transfer | Control | |
|---------|-------|-------|--------------|--------------|--------------|---------|--|
| PAINT | GUN | STORMER | 04/27/2021 | 20:22 | Successful | SO1847 | 0427212259 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | B | M |

| DOB |
|-----|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|--------|-------------|-----------|------------------|----------|--------|---------|-----------|
| 13 | Evidence | 04/27/2021 | Yes | No | 210000830 | 13 | 0286606 |

| # Pieces | Description | | | Typ | Cat |
|----------|-------------|--|--|-----|-----|
| 1 | Paint ball gun, Cronus | | | A | Other/Misc |

| Article | Brand | Model | Entered Date | Entered Time | RMS Transfer | Control | |
|---------|-------|-------|--------------|--------------|--------------|---------|--|
| PAINT | GUN | CRONUS | 04/27/2021 | 20:23 | Successful | SO1847 | 0427212259 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | B | M |

| DOB |
|-----|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 14 | Safekeeping | 04/27/2021 | Yes | No | 210000830 | 14 | 1 |

| Description | | | | Typ | Cat | Article |
|-------------|--|--|--|-----|-----|---------|
| Black Wells Fargo bag | | | | A | Other/Misc | BAG |

| Entered Date | Entered Time | RMS Transfer | Control | |
|--------------|--------------|--------------|---------|--|
| 04/27/2021 | 20:24 | Successful | SO1847 | 0427212259 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | B | M |

| DOB |
|-----|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 15 | Evidence | 04/27/2021 | Yes | No | 210000830 | 15 | 1 |

| Description | | | | Typ | Cat | Article |
|-------------|--|--|--|-----|-----|---------|
| Paint ball parts | | | | A | Other/Misc | PAINT |

| Brand | Model | Entered Date | Entered Time | RMS Transfer | Control | |
|-------|-------|--------------|--------------|--------------|---------|--|
| BALL | PARTS | 04/27/2021 | 20:27 | Successful | SO1847 | 0427212259 |

| Report Officer | Printed At |
|----------------|------------|
| SO1847/REHBERG,ANDREW | 04/28/2021  08:43 |

**Page 5 of 10**

# Incident Report
# MARIN COUNTY SHERIFF'S OFFICE

21-1155

Supplement No
ORIG

| Link | Involvement | Invl No | Name | | | | | | Race | Sex |
|------|-------------|---------|------|--|--|--|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | | Invl Date | Item In Custody? | Security | Tag No | | Item No | |
|--------|-------------|--|-----------|------------------|----------|--------|--|---------|--|
| 16 | Under Investigation | | 04/27/2021 | Yes | No | 210000830 | | 16 | |

| Value | | # Pieces | Description | | | | | | Typ |
|-------|--|----------|-------------|--|--|--|--|--|-----|
| $2,345.01 | | 1 | Assorted cash | | | | | | S |

| Cat | Article | | | | Entered Date | | Entered Time | RMS Transfer | |
|-----|---------|--|--|--|--------------|--|--------------|--------------|--|
| Other/Misc | Currency, negotiable items | | | | 04/27/2021 | | 20:28 | Successful | |

Control
SO1847    0427212259

| Link | Involvement | Invl No | Name | | | | | | Race | Sex |
|------|-------------|---------|------|--|--|--|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|--|-----------|------------------|----------|--------|---------|----------|
| 17 | Under Investigation | | 04/27/2021 | Yes | No | 210000830 | 17 | 1 |

| Description | | | | | | Typ | Cat | Article |
|-------------|--|--|--|--|--|-----|-----|---------|
| I Watch | | | | | | A | Other/Misc | WATCH |

| Brand | Entered Date | Entered Time | RMS Transfer | Control | | |
|-------|--------------|--------------|--------------|---------|--|--|
| IWATCH | 04/27/2021 | 20:29 | Successful | SO1847    0427212259 | | |

| Link | Involvement | Invl No | Name | | | | | | Race | Sex |
|------|-------------|---------|------|--|--|--|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 18 | Under Investigation | 04/27/2021 | Yes | No | 210000830 | 18 | 1 |

| Description | | | | | | Typ | Cat | Article |
|-------------|--|--|--|--|--|-----|-----|---------|
| White Iphone, black case | | | | | | A | Other/Misc | PHONE |

| Brand | Entered Date | Entered Time | RMS Transfer | Control | |
|-------|--------------|--------------|--------------|---------|--|
| IPHONE | 04/27/2021 | 20:30 | Successful | SO1847    0427212259 | |

| Link | Involvement | Invl No | Name | | | | | | Race | Sex |
|------|-------------|---------|------|--|--|--|--|--|------|-----|
| OWN | ARR | 1 | REVELS,TYLER | | | | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | # Pieces |
|--------|-------------|-----------|------------------|----------|--------|---------|----------|
| 19 | Under Investigation | 04/27/2021 | Yes | No | 210000830 | 19 | 1 |

| Description | | | | | | Typ | Cat | Article |
|-------------|--|--|--|--|--|-----|-----|---------|
| White phone | | | | | | A | Other/Misc | PHONE |

| Entered Date | Entered Time | RMS Transfer | Control | | |
|--------------|--------------|--------------|---------|--|--|
| 04/27/2021 | 20:30 | Successful | SO1847    0427212259 | | |

| Link | Involvement | Invl No | Name | | | | | | Race | Sex |
|------|-------------|---------|------|--|--|--|--|--|------|-----|
| OTH | ARR | 1 | REVELS,TYLER | | | | | | B | M |

DOB
11/07/1997

| Prop # | Involvement | | Invl Date | Item In Custody? | Security | Tag No | Item No |
|--------|-------------|--|-----------|------------------|----------|--------|---------|
| 20 | Under Investigation | | 04/27/2021 | Yes | No | 210000830 | 20 |

| Serial No | | Description | | | | | Typ |
|-----------|--|-------------|--|--|--|--|-----|
| 5CG1091S0Z | | HP laptop | | | | | A |

| Cat | Article | Brand | Model | Entered Date | Entered Time | RMS Transfer | |
|-----|---------|-------|-------|--------------|--------------|--------------|--|
| Other/Misc | LAPTOP | HP | 14DK1013D | 04/27/2021 | 20:31 | Successful | |

Control
SO1847    0427212259

| Link | Involvement | Invl No | Name | | | | | | Race | Sex |
|------|-------------|---------|------|--|--|--|--|--|------|-----|
| OTH | ARR | 1 | REVELS,TYLER | | | | | | B | M |

DOB
11/07/1997

## Narrative

On 4/27/2021 at approximately 1503 hours, I was assigned to COPE (Coordination Of Probation Enforcement) with Detective Cook and Probation Officer Festejo when we responded to the address of 1385 N Hamilton Pkwy, #105 to contact probationer Tyler Revels who was residing at this address. It should be noted, COPE had been in contact with Revels' Probation Officer Trevor Lillian who had informed COPE, Revels was posting on social media, photos and videos of himself being in possession of a black firearm. Additionally, per Probation Officer

| Report Officer | Printed At |
|----------------|------------|
| SO1847/REHBERG,ANDREW | 04/28/2021 08:43 |

Page 6 of 10

USTR-000259

## Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
ORIG

### Narrative

Lillian, Revels was making social media posts about committing EDD (Employment Development Department) fraud. Prior to responding to Revels' address, a check of RMS revealed him to be on active AB109 Probation in the county of Marin (SC209956A, SC206830A) with the following probation terms:

-The above named defendant must not own, possess, buy, or try to buy, receive or try to receive, or otherwise obtain a firearm or ammunition. The defendant must surrender to local law enforcement, or sell to or store with a licensed gun dealer any firearm owned by the defendant or subject to his or her immediate possession or control, within 24 hours after service of this order.

-Defendant shall submit to search and seizure of his/her person, vehicle, residence, or any other property under his/her control, at any time of the day or night, by any probation officer or peace officer, with or without probable cause, with or without a warrant.

-Defendant shall submit to search and seizure of all call logs, text and voicemail messages, photographs, emails, and social media account contents contained on any device or Internet connected storage owned, operated, or controlled by him/her, including cell phones, computers, gaming consoles, mobile devices, and mobile or electronic storage devices. Defendant shall also disclose and provide any security information required to gain access to any of the aforementioned devices or social media accounts. 4th waiver and sb 178/cal ecpa search/seizure consent form read, signed, and filed.

-Defendant advised that he or she is prohibited from owning, purchasing, receiving, possessing, or having under his or her custody or control any firearms, ammunition, and feeding devices, including but not limited to magazines.

-As a convicted felon, defendant shall not possess firearms or ammunition of any description.

During this contact, COPE was in full police gear that identified us as Law Enforcement Officers. Additionally, Probation Officer Lillian, Probation Officer Andrew Guidi, and Probation Officer Johnathan Grant joined COPE on scene for the search.

At the address, the front residence door was found open and contact was made with Revels. Additionally, his girlfriend (Makalya Williams) and her new born child were in the home. Having Revels exit the residence, which he did, Probation Officer Lillian detained Revels and conducted a search of his person per Revels' probation terms. It should be noted, Revels was also detained due to the potential of him having a firearm (access to one inside of residence).

With Revels detained, a probation search of the residence was conducted, which produced the following contraband from underneath a bed (two beds were pushed together in studio apartment):

Detective Cook located a "Pelican" gun case, which we later cut the locks off for. Inside the case, a loaded firearm (round in chamber) was found. The firearm was found to be a Smith and Wesson M&P M2.0 9mm firearm with an eight round magazine, which was loaded as well. Additionally, in the gun case, were two extended magazines (9mm), a speed loader for the firearm, and additional 9mm ammunition (later found to be 60 rounds).

Also underneath the bed, next to the Pelican case that contained the firearm, Detective Cook located debit cards belonging to Revels and a large amount of cash, all of which had been inside of a black "Wells Fargo" money bag. The cash was later counted and found to be $2,345.01. The debit cards included bank cards and "Green Dot" debit cards, which possessed no ones name on them.

Mail, addressed to Revels, at a prior address was also found under the bed.

Under the bed there was also a BB gun and two paint ball guns.

Having found the firearm, Probation Officer Lillian was able to produce for me the photos (placed into evidence) Revels had been placing on social media with the firearm. Several photos Revels had posted with the firearm, matched the firearm, which had been located in the "Pelican" case and I believed it to be the same gun. Additionally, in several of the photos posted by Revels (on his social media), the serial number for the gun is

| Report Officer | Printed At |
|---|---|
| SO1847/REHBERG,ANDREW | 04/28/2021 08:43 |

USTR-000260

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
**ORIG**

### Narrative

visible and it matched the serial number for the located firearm on scene. With the firearm being found in Revels possession and it matching the photos from his social media accounts, probable cause existed to arrest Revels for the violation of 29800 (a)(1) PC. Additionally, he was arrested for the violation of 30305 (a)(1) PC for being in possession of the ammunition.

Informing Revels he was under arrest for the weapons violations, I also read him Miranda rights, which he claimed to not understand. Additionally, while reading him Miranda rights he just spoke over me. He also declined to provide me a statement by not speaking to me.

While on scene, I was also informed by Probation Officer Lillian, Revels was refusing to provide his passcode for his cellular phone, which was required by his probation terms. In conjuncture with the weapons violations and his refusal to follow his probation terms, the violation of 1203.2 PC was added to Revels' violations.

Conducting a records check of the firearm on scene, Marin County Dispatch informed me the firearm was reported stolen out of Osceolar PD's jurisdiction (ORI AR0470200) and the violation of 496 PC was added to Revels' violations.

Revels was transported to Marin County Jail and was booked for the listed violations. The additional violation of 12022.1 (b) PC was added to Revels' violations at Jail as he was currently out on bail for additional case COPE had with him (SO21-703).

It should be noted that during the search I observed mens shoes, clothing, and toiletries, that I believed belonged to Revels which indicated to me he lived at that location.

Probation Officer Lillian later emailed me his statements regarding Revels social media accounts and Revels living and residing at 1385 N Hamilton Pkwy, #105 (per Revels' GPS ankle monitor). The following are his statements:

*"On 04/27/2021, Tyler Revels was serving active terms of Mandatory Supervision pursuant to Section 1170(h)(5)(B) of the Penal Code in Marin County Superior Court case numbers SC206830A and SC209956. Revels is assigned to my caseload for supervision. As conditions of Mandatory Supervision, Revels was ordered not to possess any firearms or ammunition of any description. He was also ordered to submit to search and seizure of his person, residence and all electronic devices and social media account contents. Furthermore, he was required to provide security access information to any cell phones or computers under his control.*

*On 02/09/2021, I received a tip from San Rafael police officer Kevin Finerty that Revels was posting photos and videos of himself holding what appeared to be a handgun on Instagram account titled "bigmoneyrev." I began monitoring "bigmoneyrev" account and observed Revels displaying what appeared to be a real handgun that was black in color and contained a distinguishing silver sticker on the right side of the grip and what appeared to be 9 mm rounds of ammunition in numerous posts. On the video posted 01/12/2021, I observed Revels slide the magazine out of the firearm show the ammunition to the camera and then slide the magazine back into the firearm. On 02/22/2021, I was monitoring the "bigmoneyrev" account and observed a photo that was posted 23 hours prior that stated "In fraud I trust 100" and displayed what appeared to be the same firearm. A round of ammunition was ejected from the magazine and appeared to be a live round. In addition, I observed on Revels' account a photo of him holding the same firearm in the air with his face in view. Furthermore, on 02/23/2021, Revels posted a video on that account where he displayed several California Advantage cards and a large sum of US currency with the caption "In fraud I trust." On 02/23/2021, he also posted a photo of what I recognized as three EDD Visa debit cards. He also posted photos of claims on the EDD website in others name including Timothy. Revels is on supervision for identity theft and fraud-related charges. According to Revels account, he also claims to be a Piru Blood from St. Louis. He repeatedly has been observed wearing red colored clothing such as a red bandana hung from his pocket, red sweatshirt and red St. Louis Cardinals baseball hat.*

*On 03/02/2021, I observed Revels post a video of himself holding and pointing the firearm at the camera screen. He was wearing a white tee shift with a black hat with white lettering. Later that date, Revels reported to the Marin County Probation Office where I met with Revels for an office visit. I observed him wearing the same clothing as seen in the video where he displayed a firearm earlier on that date.*

| Report Officer | Printed At |
|---|---|
| SO1847/REHBERG, ANDREW | 04/28/2021  08:43 |

Page 8 of 10

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
ORIG

### Narrative

On 03/09/2021, I observed Revels post a video of himself displaying the firearm with his face also in sight of the camera. He was wearing a black sweatshirt that displayed the NBA logo on the front in blue and red camouflage design and the hood of the sweatshirt was pulled tight around his forehead . Later that date, Revels reported to the Marin County Probation Office where I met with Revels for an office visit. I observed him wearing the same clothing as seen in the video where he displayed a firearm earlier on that date.

On 04/22/2021, Revels posted a video on the "bigmoneyrev" account where he posted a collection of videos to the story option and asked "who need bins" which I recognized as who needs bank identification numbers as though he was selling those BINs. He also posted a photo of an American Express credit card with the name redacted and the caption on the photo was "new slider." I understood that Revels was likely referring to a new fraudulent credit card. Revels has posted various videos of himself discussing how to produce fraudulent credit cards and also the various equipment needed such as a card embosser and other printing equipment. He is also seen in the video displaying a large sum of US currency with the written caption on the screen "another successful day at Target with the swipes." And the caption also contained several laughing emojis and goat and credit card emoji. I am familiar with Revels referring to himself as the swipe goat from previous posts on the "bigmoneyrev" account. He also posted to that story a verbal explanation of how to use the fraudulent credit cards then exchange the merchandise for cash value. Furthermore, he recorded himself on the phone with customer service claiming to be a Timothy Manuel with date of birth 07/01/1995. I suspected this to be fraudulent activity based on seeing Revels posts photos of the EDD website where he logged in under the name Timothy and posted a claim of at least $33,774.00 on 04/10/2021.

On 04/27/2021, I responded to Tyler Revels reported residence located at 1385 N Hamilton Parkway, Apartment 105, Novato, California, to complete a compliance search. Revels reported that address as his primary residence to me on 04/13/2021. Revels is also wearing a GPS monitoring bracelet as a condition of his supervision. The GPS datapoints have tracked at that location daily since 04/13/2021 and prior to that date as well. Upon arrival at the residence, myself with probation officers Andrew Guidi and Johnathan Grant, along with Marin County Sheriff COPE team Pompey Festejo, Ken Cook and Andrew Rehberg also with FBI special agent Nick Collins contacted Revels who was present with his girlfriend Makayla Williams and their newborn son. During a search of the residence, a black pelican case with a distinct orange marker was located with two locks attached. I immediately recognized this pelican case observing it in prior videos and photos displayed on the Instagram account. In addition, I also located Revels' Apple iPhone in a black protective case. On the screen were numerous notifications from the Instagram account "bigmoneyrev." I requested the passcode from Revels and he claimed that he did not know the passcode. He was directed to provide the passcode according to his supervision conditions but refused. I believed Revels was being dishonest because I had observed him posting videos to his "bigmoneyrev" account earlier that date. I also found a black HP laptop that he displayed on the Instagram account. I opened the laptop and observed his name displayed on the login screen. I directed Revels to provide the access information as required by his supervision conditions. He stated the password was his date of birth. I used his date of birth but was unable to gain access. The laptop and cell phone were seized for further investigation. In addition, a black Powerline .177 caliber BB gun was found. Two paintball guns were also located inside the residence and Revels was seen displaying and using the paintball guns. He was also observed on the Instagram account shooting the paintball guns at a cashier in a drive-thru. Revels was ordered not to possess firearms of any description. Additional law enforcement later responded with a bolt cutter. The locks on the Pelican box were cut off and inside was a loaded M&P Shield Smith and Wesson 9 mm firearm, a loaded magazine, two additional large capacity magazines and a plastic Ziploc bag with numerous rounds of ammunition. COPE seized all evidence and property for further investigation. Revels was booked at Marin County jail for PC 29800(b), PC 30305(a)(1), PC 496(a), PC 12022.1(b) and PC 1203.2."

I request this case be forwarded to the Marin County DA's Office for prosecution.

EVIDENCE:

I later booked the following items into Marin County Evidence,

-Smith and Wesson M&P M2.0 9mm firearm, serial number JCV6625

| Report Officer | Printed At |
| --- | --- |
| SO1847/REHBERG, ANDREW | 04/28/2021  08:43 |

USTR-000262

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

**21-1155**

Supplement No
ORIG

### Narrative

-9 Luger 9mm rounds
-Two extended magazines, speed loader
-60 rounds 9mm
-Pelican Vault gun case
-Debit cards
-CDL for Revels
-Black pair of gloves
-Cut locks from gun case
-Black tweezers
-BB gun
-Paint ball gun, Stormer
-Paint ball gun, Cronus
-Black Wells Fargo bag
-Paint ball gun parts
-$2,345.01 of assorted cash
-I watch
-White Iphone
-White phone
-HP laptop

Follow up:

Due to the fact Revels would not produce his password for his phones, they will be downloaded per his probation terms to ascertain if any additional evidence is on them.

A search warrant will need to be sought for his social media accounts and the HP laptop as Williams claimed the computer belonged to her. She did state Revels used the computer and had a user account on it.

A CHS will be completed for Revels and listed out in a supplemental report.

I am requesting MCSO CSI process the Pelican case and firearm for fingerprints.

CASE STATUS:

Open, pending completion of follow up.

| Report Officer | Printed At |
|---|---|
| SO1847/REHBERG,ANDREW | 04/28/2021 08:43 |

Page 10 of 10

USTR-000263

# EXHIBIT B

## MARIN COUNTY PROBATION DEPARTMENT
## REPORT TO THE MARIN COUNTY SUPERIOR COURT

**DEFENDANT: Tyler Revels**

**AKA:** Tyler Aaron Gregory Revels

**COURT CASE:** SC209956A

**COURT DATE: January 7, 2020**

**D.O.B.:** 11/07/1997 (22)          **CII #:** A36361840          **FBI #:** ▮▮▮▮▮▮▮▮▮

**PC 296:** ☒ Completed, do not collect DNA

**AFS:** No history of registered firearms

**ARREST REPORT:**

DATE / PLACE OF OFFENSE:   August 15, 2109 / Marin County, Ca

LAW ENFORCEMENT AGENCY:  Marin County Sheriff's Office (MCSO) #19-2424

ARREST SUMMARY:
**Count 1**
 Tyler Revels was on a grant of Mandatory Supervision with the Marin County Probation Department after completing his jail custody term on August 3, 2019.   He was contacted by his supervision officer from Marin County Probation on August 15, 2019 for a compliance check of his Mandatory Supervision release orders.  The deputy probation officer conducted a search of Revels personal property at about 5:30 p.m. when he arrived at his residence, a sober living home located in Novato.  Revels was carrying a blue backpack, a Coach shoulder bag, and a cellular phone.  The deputy searched the Coach bag and located a Coach wallet and two additional cellular phones.  Inside the wallet the deputy found two debit/credit cards and a social security card in other person's names, in addition to items in Revel's name.  At this point the deputy contact the COPE (Coordination of Probation Enforcement) Unit for assistance with the found items and further investigation.

 The COPE unit responded and continued the investigation.  Upon looking through records in Revel's Apple iPhone the officer found photos of other persons personal identifying information, and a school photo identification for the 2019/2020 school year of a female juvenile from Oakland.  As the officer located records of possible unlawful activity, Revels state he works a job picking up trash along the freeway, and finds these items, additionally he said once he learned the female was a juvenile he discontinued social media contact with her.   The officer then entered the home and went into the bedroom assigned to Revel's and searched further. Inside a nightstand next to his bed the officer found a notebook with names and personal information of several people.  Revel's arrested and booked into the jail for violation of his mandatory supervision release conditions.

Items found in Revel's possession included the following
1) Two Vanilla Visa gift cards.   One of the cards had the gift card label removed and was embossed with numbers which is not how these debit style gift cards are sold.
2) A social security card in the name of Joshua J. Waldron.  The officer confirmed Joshua Waldron was a real person who had previously lived in Marin County and the social security number was legitimate.
3) A Bank of America Visa debit card in the name of Cameron Evans.  Evans was a real person who lived in Marin County.
4) Two cards in the name of Breanna Richie.  Richie was a real person who lived in Oakland.

2

The following information was photographed and stored on Revel's personal cellular phone
1)  A Chime access card in the name of Antwoine Byers and a name search for Kim Byers. These two people were confirmed as living in Missouri at one time.
2)  A Redwood Credit Union debit card in the name of Arrielle Burrell. Burrell was identified as a real person living in Marin County.
3)  A Louisiana driver's license in the name of Khadejah Jane Henry.
4)  Two debit cards in the name of Jia Xu.
5)  A screen shot of an on-line ordering section requesting, "Add Credit Card" where the card number was blank, but billing information was listed with North Hollywood as the city.  The name Jennifer Moreano was the name connected with this photo. She is a real person who lived in Los Angeles at one time.
6)  A Wells Fargo debit card in the name of Emma Neale, a real person from Oakland.
7)  An Account Now Visa debit card in the name of Deron Harrison, a real person from Oakland.
8)  A Platinum Business Visa debit card in the name of Micah Alex Luchetti Bayside Hauling, which was confirmed as a real business in Oakland owned by Luchetti.
9)  A Visa debit card in the name of Leneti Takapuotuafi, a real person from Oakland.
10) A BB&T Visa card in the name of Daniel Miller, name and record were not confirmed as a real person.

A search of one of the additional cellular phones Revels was in possession of showed a text messaging conversation occurred on August 9, 2019 over a few hours.  The sending individual  was requesting personal identifying information from the person possessing the phone.  The conversation included actual personal information of a Mary Lynn Merz, including a date of birth, social security number, address, and bank account and routing numbers.  Also bank record information of a commercial business, KFK Jewelers, out of Los Angeles was sent after the Merz records were shared.

**Counts 2, 3 and 4**
   The search of Revel's Apple iPhone revealed an iMessage conversation with a 14 years of age female from Oakland.   The conversation includes messages sent in the early morning hours of August 7, 2019 in which Revel's ask for further photos and confirmation that she is a freshman in high school.  The girl responds by sending a "selfie" photograph and her date of birth confirming she is 14.  Revels tells her later that same day he is interested in being friends with her, even though he is too young, but he wants to see photos of her.  He then asks if he can pick her up so they can hang out.  She lets him know her aunt is home so she cannot "hang out".  He then suggests getting a motel room to hangout.   And the juvenile female states her aunt would not approve of her spending time with him.  Revel's responds he does not want the girl to share anything about him with her aunt.   From their initial contact the messaging takes place over a period of seven to ten days.

Revel's asks the girl to play '8 Ball' a game on iMessenger.  Once the game is being played, he asks the girl to play for "dares".   After the game is played he dares the girl to go into the bathroom and take a sink shot in your bra and panties.  He follows this by asking for a photo of her on her bed posing with her back arched.   He continues to ask for additional sexually provocative photos.  He escalates the messaging content by daring the girl to let him perform sexual foreplay, and then penetrate her both anally and vaginally.  He states he would like to video their sexual encounter while he takes her virginity.  He later sends two graphic photographs of an act of sexual intercourse and oral copulation of a vagina.

The officer met with the victim on August 16, 2019.  She stated Revel's was introduced to her on a social media site when he added her.  She eventually gave him her mobile phone number and the two began messaging one another.  She stated she knew he was 21 and confirmed she had let him know

USTR-000297

she was only 14.    She stated she never met him in person and defied his effort to meet up with her. She acknowledged he would regularly share sexually based content and messages with her.   She then sent Revel's a message acting as if she was a parent telling Revel's to discontinue contact with the girl.  She then blocked Revel's phone number and the social media accounts on August 13 or 14, 2019.

VICTIM'S STATEMENT:

COMMENT:  A request for victim impact statement from the 14 year old female's parent was requested, but not received prior to the filing of the pre-sentence report.

DEFENDANT'S STATEMENT:  Written Statement is attached

COMMENT:   In the pre-sentence investigation interview the defendant stated he does not see how the evidence supported criminal charges against him and denied he was culpable for the information found on his cellular phone and in his bedroom.  He also denied the messaging relationship with the 14 years of age Oakland girl.  He offered that he had never been in trouble with illegal activity prior to coming to California, but now he has several criminal cases and believes he is simply an individual who has fallen upon unfortunate circumstances.  He thinks his life would improve if he returned to Missouri, but understands he must fulfill his obligations to the Court in California prior to returning.

**PRIOR RECORD:** Information in the prior record was obtained from one or more of the following sources: CII, NCIC, CLETS, FBI, Marin County Probation files, other sources such as other California counties or other state criminal records and the defendant.

| DATE | LOCATION | CRIME | DISPOSITION |
|------|----------|-------|-------------|
| 10/6/16 | Alameda County | | |
| 9/16/17 | Contra Costa County | | |
| 11/20/17 | Contra Costa County | | |
| 12/7/17 | Contra Costa County | | |
| 11/7/18 | Marin County | | |

4

**PERFORMANCE ON PROBATION/PAROLE:**

Unsatisfactory

Comment:  The defendant was permitted to serve a period of Mandatory Supervision, following his conviction for PC 626.9(b)/626.9(f)(2), possession of a firearm near a school zone.  The firearm he possessed was a MAC 11 9 mm assault gun.   He was released on Mandatory Supervision on August 3, 2019, after serving 18 months custody, and arrested for violation of his orders on August 15, 2019, twelve days following his release.

In his previous probation grants from 2017 and 2018 bench warrants were ordered for non-compliance with court orders.

**Probation Officers Note:**  The Court is referred to the pre-sentence report filed on January 29, 2019 in case SC206830A for specifics on the defendant's family and educational background.

**FAMILY BACKGROUND:**

Moderate Issues

**EDUCATION:**

Other – Technical School certificates/graduate in Information Technology from Ranken Technical College in St. Louis.

**RESIDENCE:**

County of Legal Residence:   Marin

Last Known Address:   Luminous SLE in Novato, Ca (August 2019) / currently All Points Marin County, Ca

Mailing Address:  No mailing address

Lives with Whom (Names/Ages/Relationships):   Not applicable

**MARITAL STATUS:**

Single

Spouse/Partner:   None

Children:  None

**MILITARY SERVICE:**  No

USTR-000299

**EMPLOYMENT:**

Unemployed

Usual Type of Work:  Information Technology profession

Last Employer/Dates Worked:   Shields Corps, private security services / August 2018 – November 2018

Comment:  The defendant provided an employment history that showed two or three additional jobs in the Bay Area from the time he arrived to California in early summer of 2016.  These prior employers were not verified.

**FINANCIAL:**

Unemployed - Supported By:  CalFresh

Verified:  No

**PHYSICAL HEALTH:**  Good

**MENTAL HEALTH:**  Good

 Comment:  The defendant claims to have been diagnosed with several DSM 5 clinical disorders at some point in his past.  Given the disorders he listed he would be severely psychologically impaired if these were legitimate diagnoses.

**DRUGS/ALCOHOL:**  Alcohol:  Moderate Use

Drugs:  Moderate Use

Drugs and Alcohol Used / Amounts / Frequencies:
The defendant claims marijuana is his only drug of regular use.  He denies abuse of harder controlled substances.   He indicated moderate consumption of alcohol.

Treatment History:   No previous treatment participation.

**COLLATERAL INFORMATION / REFERENCES:**

☒ Collateral Information Attached - Type:  Credit for Time Served Form

USTR-000300

**RESTITUTION / RESTITUTION FINE:**

☒ Restitution is due to victims(s) pursuant to P.C. 1202.4   Amount:  To be determined.

☒ Restitution Fine is due pursuant to P.C. 1202.4   Recommended Amount: **$300.00**

**DISCUSSION AND EVALUATION:**

### RULE 4.421: CIRCUMSTANCES IN AGGRAVATION

**(a) FACTS RELATING TO THE CRIME, WHETHER OR NOT CHARGED OR CHARGEABLE AS ENHANCEMENTS, INCLUDING THE FACT THAT:**

**(8)** The manner in which the crime was carried out indicates planning, sophistication, or professionalism.
**Comment:** *The defendant's conduct in respect to the possession of personal identifying information of ten or more person involved planning and professionalism.  He had names, date of births, social security numbers, bank account numbers and bank routing numbers for several of the victims.*

**(b) FACTS RELATING TO THE DEFENDANT, INCLUDING THE FACT THAT:**

**(2)** The defendant's prior convictions as an adult or sustained petitions in juvenile delinquency proceedings are numerous or of increasing seriousness.
**Comment:** *The defendant has several convictions in the two years since arriving to California. Three of his convicted counts are felonies.  Additionally, his previous case involved possession of an semi-automatic weapon, indicating an increase in seriousness.*

**(4)** The defendant was on probation or parole when the crime was committed.
**Comment:** *The defendant had just been released on grant of Mandatory Supervision when he committed the offenses.*

### RULE 4.423: CIRCUMSTANCES IN MITIGATION

**(a) THE FACTS RELATING TO THE CRIME, INCLUDING THE FACT THAT:**

NONE

**(b) FACTS RELATING TO THE DEFENDANT, INCLUDING THE FACT THAT:**

**(1)** The defendant voluntarily acknowledged wrongdoing prior to arrest or at an early stage of the criminal process.
**Comment:** *The defendant plead guilty to two felony counts prior to the commencement of the preliminary hearing.*

USTR-000301

(2)   **408**
   **Comment:**  *The defendant is considered a youthful offender, age 21 years at the time he committed the conduct.*


**FACTORS IN AGGRAVATION AND MITIGATION HAVE BEEN CONSIDERED; MIDDLE TERM IS RECOMMENDED IF PRISON IMPOSED.**


### RULE 4.415: CRITERIA AFFECTING THE IMPOSITION OF MANDATORY SUPERVISION

The probation officer finds the defendant is not only not suitable for a grant of Mandatory Supervision, but he is not eligible at this point based upon his conviction for  PC 288.2(a)(2) which states *'the offense is punishable by imprisonment in the state prison for 16 months, or two, or three years.'*   As outlined in the summary from the Felony Sentencing Realignment Guide* which has been in print since Sentencing and Corrections Realignment went into effect in 2011.  This section has not deviated in respect to this area of sentencing since the guide was originally printed for the Superior Court starting in 2012.

 *Felony Sentencing After Realignment Guide*
Section D. 3) b. *Consecutive Sentences*  actual heading *Sentence to State Prison (p.25 or 26)*
If the defendant is convicted of any count or enhancement that requires a state prison sentence, the sentence for all crimes must be served in state prison.  (§§ 669(d) and 1170.1(a).)  If the defendant was previously sentenced to county jail under section 1170(h), and the current case mandates state prison, the entire case must be resentenced to state prison to serve the balance of any remaining term.   The process of resentencing involves restating the total sentence imposed in the prior proceeding, less any accrued credits. The court also will determine whether the current sentence is imposed concurrently with or consecutive to the prior term.

(The defendant will be entitled to actual time and conduct credits under section 4019 for any custody time served, and actual time only for time served on mandatory supervision.  The award of credits also will depend on whether the court chooses a concurrent or consecutive sentencing structure.  If a consecutive sentence is imposed, the defendant is only entitled to one period of credit for any given period of custody; duplicate credits are not permitted.  (§ 2900.5(b); In re Atiles (1983) 33 Cal.3d 805, 810-811, disapproved on other grounds in In re Joyner (1989) 48 Cal.3d 487, 494-495.) )

The defendant is considered not suitable given he immediately resumed highly concerning criminal conduct days after his release from jail custody in August 2019.  The concerning conduct included an attempt to meet with a 14 years of age female for  a sexual relationship.


### RULE 4.425:  CRITERIA AFFECTING CONCURRENT OR CONSECUTIVE SENTENCES

Upon pleading to counts 1 and 3 in case SC209956A the defendant stipulated to serving one third the midterm on these counts consecutive to count 4, the principal term, in case SC206830A.  The probation officer is in agreement consecutive sentencing is appropriate for counts 1 and 3 and it is recommended under the Recommendation section of the report.

USTR-000302

## RULE 4.414:  CRITERIA AFFECTING PROBATION

**CRITERIA AFFECTING THE DECISION TO GRANT OR DENY PROBATION INCLUDE:**

**Favorable Unfavorable**

      (a)     **FACTS RELATING TO THE CRIME, INCLUDING:**

☐ ☒ **(1)**  The nature, seriousness and circumstances of the crime as compared to other instances of the same crime.
**Comment:**  *The circumstances of this possession of personal identifying information of ten or more persons is considered more serious given the defendant possessed social security numbers, and bank account and routing numbers of some of the individuals.   The count of distributing lewd material to a minor is considered comparable to other instances of the same conduct.*

☒ ☐ **(2)**  Whether the defendant was armed with or used a weapon.
**Comment:**  *No weapon was used or displayed.*

☐ ☒ **(3)**  The vulnerability of the victim.
**Comment:**  *The 14 years of age female is considered vulnerable given the age difference between her and the defendant.*

☒ ☐ **(4)**  Whether the defendant inflicted physical or emotional injury.
**Comment:**  *The female juvenile did not appear to suffer notable emotional injury given the method of contact, phone messaging and social media.*

☒ ☐ **(5)**  The degree of monetary loss to the victim.
**Comment:**  *Monetary loss was not significant.*

☐ ☒ **(6)**  Whether the defendant was an active or passive participant.
**Comment:**  *The defendant knowingly and willingly participated in the conduct*

☐ ☒ **(7)**  Whether the crime was committed because of an unusual circumstance, such as great provocation, which is unlikely to recur.
**Comment:**  *No unusual circumstance preceded the conduct.*

☐ ☒ **(8)**  Whether the manner in which the crime was carried out demonstrated criminal sophistication, or professionalism on the part of the defendant.
**Comment:**  *The conduct in count one, possession of personal identifying information demonstrated a level of professionalism.*

☒ ☐ **(9)**  Whether the defendant took advantage of a position of trust or confidence to commit the crime.
**Comment:**  *No violation of trust was committed.*

**Favorable Unfavorable**

      (b)     **FACTS RELATING TO THE DEFENDANT, INCLUDING:**

☐ ☒ **(1)**  Prior record of criminal conduct; whether as an adult or juvenile, including the recency and frequency of prior crimes, and whether the prior record indicates a pattern of regular or increasingly serious criminal conduct.
**Comment:**  *The defendant's prior record is increasing in seriousness and is developing a pattern of regular criminal activity.*

☐ ☒ **(2)**  Prior performance on probation or parole and present probation or parole status.
**Comment:**  *The defendant was on a grant of Mandatory Supervision at the time he committed the conduct and had bench warrants issued in his prior probation cases.*

9

☒ ☒ **(3)** Willingness to comply with terms of probation.
**Comment:** *Willingness to comply was not discussed.*

☐ ☒ **(4)** Ability to comply with reasonable terms of probation as indicated by the defendant's age, education, health, mental faculties, history of alcohol or other substance abuse, family background and ties, employment and military service history, and other relevant factors.
**Comment:** *The defendant appears to be somewhat educated with an employment history, and has no evidence of substance abuse, but has no local ties, and connection to the community.*

☐ ☒ **(5)** The likely effect of imprisonment on the defendant and his or her dependents.
**Comment:** *The defendant has no dependents; thus imprisonment should not have a detrimental impact on this young healthy man.*

☐ ☒ **(6)** The adverse collateral consequences on the defendant's life resulting from the felony conviction.
**Comment:** *The defendant has three prior felony convictions; therefore this felony will have no adverse collateral consequences.*

☐ ☒ **(7)** Whether the defendant is remorseful.
**Comment:** *The defendant excused his behavior as not having a connection to him.*

☒ ☒ **(8)** The likelihood that if not imprisoned the defendant will be a danger to others.
**Comment:** *The defendant has a prior conviction of a possession of an assault weapon and is now attempting to establish relationships with young teenage girls, thus he is considered a danger to others.*

**PROBATION IS NOT RECOMMENDED.**

**ANALYSIS AND PLAN:**

  Tyler Revels, 21, is appearing for judgment after pleading guilty to the felony counts of possession of personal identifying information of ten or more persons and distribution of lewd material to a minor.  Two additional counts related to the distribution of lewd material to a minor have PC 654 application to count three.  He did receive a benefit of not pleading guilty to count two which would have required PC 290 registration.  The defendant was released from Marin County Jail on August 3, 2019 after serving 18 months of a three years PC 1170(h) prison term.   He was allowed to serve the remaining 18 months on Mandatory Supervision.  Mandatory Supervision is designed to integrate the released inmate back into the community while providing temporary housing and employment opportunities as well as treatment services if needed.  The defendant collected his personal belongings from an unknown location and immediately resumed criminal conduct.  The principal conduct was selling the personal identify information of others.  A phone record of a messaging conversations shows he had engaged in this behavior days after his release.  The defendant elevates his deviant behavior by contacting a young teenage girl on social media and attempts to lure her into a sexual relationship with him.  Fortunately, the girl reached a point where the defendant's behavior offended and frightened her to an extent, she discontinued contact with him.  The defendant arrived in California, apparently from Missouri, in mid-2016 and has quickly attained a serious pattern of criminal conduct.

  Upon pleading guilty the defendant stipulated to serving another prison term on the two cases with the previous case SC206830A being the principal term and the two counts in SC209956A served as one third the mid-term consecutive for a total of 52 months.  The addendum to the guilty plea form from the District Attorney's Office indicates the defendant would be allowed to serve another split sentence under PC 1170(h).

USTR-000304

The probation officer has argued under Rule 4.415 the defendant is not eligible for Mandatory Supervision based upon Realignment Sentencing guidelines.   The probation officer additionally states the defendant is no longer suitable for Mandatory Supervision given his behavior days after his release from jail in August 2019.   The recommendation outlined below is in accordance with the plea agreement, with the exception the defendant is ordered to serve his sentence in state prison.

**Suggested Prison Term:**

| Crime | Mitigated | Aggravated | Base Term | Enhancement | Term |
|---|---|---|---|---|---|
| SC206830A<br>Ct 4: PC 626.9(b) / 626.9(f)(2)<br>    (2, 3 or 5 yrs.) | No | No | 3 yrs. | None | 3 yrs. |
| SC209956A<br>Ct 1: PC 530.5(c)<br>    (16, 2 or 3) | N/A | N/A | One third the mid-term | None | 8 mos.<br>(PC 1170.1) |
| Ct 3: PC 288.2(a)(2)<br>    (16, 2 or 3) | N/A | N/A | One third the mid-term | None | 8 mos.<br>(PC 1170.1) |
| **Aggregate Term** | | | | | **52 months** |

**CUSTODY CALCULATION:**  August 15, 2019 – January 7, 2020   -   146 days
  Previous custody credits earned – 18 months on Count 4 in case SC206830A (ordered on Feb. 5, 2019).
  Mandatory Supervision – out of custody credits, August 3, 2019 – August 14, 2019 -  12 days

**RECOMMENDATION:**

**PROBA**      Probation is denied.

**SEFTP**      Count 4  in Case No. SC206830A is found to be the principal term.

**SEALC**       As to Count 4, circumstances warrant the Middle term.

**SETYM**      As to Count 4, the Court sentences the defendant to a term of  3 years in the state prison.

**SEFTS**      Counts 1 and 3 in Case No. SC209956A are found to be the subordinate term.

**SETYN**      As to Count 1 in Case SC209956A pursuant to PC 1170.1, 8 months are imposed.

**SENAB**      Count 1 to be served consecutive to Count 4 in Case SC206830A.

**SETYN**      As to Count 4 in Case SC209956A pursuant to PC 1170.1, 8 months are imposed.

**SENAB**      Count 4 to be served consecutive to Count 4 in Case SC206830A.

**SENAT**      The total aggregate sentence imposed is 52 months in the state prison.

USTR-000305

**TCORS**      The defendant is remanded to the California Department of Corrections and Rehabilitation to serve his sentence.

**TCFGP**      Defendant shall pay restitution to the victim(s) pursuant to 1202.4 PC.

**TCFGI**      Defendant to pay restitution fine in the amount of $600.00 pursuant to PC 1202.4.

**EXREF**      Defendant shall pay an additional restitution fine in the amount of $600.00 pursuant to PC 1202.45, which is suspended unless the defendant's parole is revoked.

**TCFCS**      Defendant is ordered to pay $120.00 Court Operations Assessment Fee Pursuant to PC 1465.8.

**TCFCN**       Defendant is ordered to pay $90.00 Criminal Conviction Fee Pursuant to GC 70373.

**TCASF**      Defendant to pay $25.00 Administrative Screening Fee pursuant to PC 1463.07.

**RADAB**      Defendant is advised of parole.

**RAAPC**      Defendant is advised of parole consequences.


CC:   District Attorney
         Defense Counsel:  Public Defender – L.
Dangerfield

**Respectfully submitted,**

**Michael Daly**
**Chief Probation Officer**

_____
**Timothy Farrell**
**Deputy Probation Officer**

_____
**Cynthia Fix, Probation Supervisor**

**I HAVE READ AND CONSIDERED:**

_____
**JUDGE OF THE ABOVE ENTITLED HONORABLE COURT**

**DATE:_____**

SC209956A.313904.doc.AG

12

USTR-000306

FIXED TERM WORKSHEET (1170 p.c.)

**DEFENDANT:** **Tyler Revels**

| | CASE NUMBER(S) | |
|---|---|---|
| | **SC206830A** | A |
| | **SC209956A** | B |

| HEARING DATE MO,DAY,YEAR | DEPT. NO. | JUDGE | | CLERK |
|---|---|---|---|---|
| **January 7, 2019** | **F** | **Hon. Paul Haakenson** | | |
| REPORTER | COUNSEL FOR PEOPLE | | COUNSEL FOR DEFENSE | PROBATION OFFICER |
| | **A.J. Brady, DDA** | | **L. Dangerfield, DPD** | **Timothy Farrell, Sr. DPO** |

DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES(OR ALTERNATE FELONY/MISDEMEANORS)
_____ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT_____(NUMBER OF PAGES)

PRINCIPAL/CS

| CT | CD | SECTION | CRIME | CONVICT'N DATE YR CM | MO | DAY | YR | SENTENCE RELATION JURY TRI | CRT TRI | PLEA | TERM IMPOSED TERM (I.MU) | CC | CS 1/3 VIOL | CS 1/3 NON VIOL | CS FULL | INC SENT CS | 654 STAY | YRS | MOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A4 | PC | 626.9(b) / 626.9(f)(2) | Possession of a firearm near a school zone with prior qualifying felony | 18 | 1 | 24 | 19 | | | X | M | | | | | | | 3 | 0 |
| B1 | PC | 530.5(c)(3) | Poss. of personal identifying info. of 10 or more persons | 19 | 11 | 19 | 19 | | | X | | | | X | | | | 0 | 8 |
| B3 | PC | 288.2(a)(2) | Distribution of lewd material to a minor | 19 | 11 | 19 | 19 | | | X | | | | X | | | | 0 | 8 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the I 2022 series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC. For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Ct | Enhanc't | Yrs/S | Enhanc't | Yrs/S | Enhanc't | Yrs/S | Enhanc't | Yrs/S | Enhanc't | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly 667 series) AND OTHER. List all enhancements based on prior convictions of prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g. if 2 non-violent prior prison terms under 667.5(b) list 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhanc't | Yrs/S | Enhanc't | Yrs/S | Enhanc't | Yrs/S | Enhanc't | Yrs/S | Enhanc't | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |

4. INCOMPLETED SENTENCES, CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR .TIME SERVED | | YRS | MOS |
|---|---|---|---|---|---|
| | | | | | |
| 6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A) | | | | | |
| 7. TIME STAYED TO COMPLY WITH 5-YEAR or 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (does not include 654 stays or discretionary stays on term for enhancements. | | | | | |
| 8. TOTAL TERM IMPOSED | | | | **4** | **4** |

EXHIBIT C

LORI E. FRUGOLI                                    SC220572
MARIN COUNTY
DISTRICT ATTORNEY
KENDRA F. RUDOLPH
DEPUTY DISTRICT ATTORNEY
STATE BAR NUMBER 223151
3501 CIVIC CENTER DRIVE, ROOM 145
SAN RAFAEL, CA 94903-4189
TELEPHONE:  (415) 473-6450
FAX NUMBER: (415) 473-3719

ATTORNEYS FOR THE PLAINTIFF


SUPERIOR COURT OF CALIFORNIA

COUNTY OF MARIN


THE PEOPLE OF THE STATE OF CALIFORNIA,     ) NO. SC220572
                                           )
                          PLAINTIFF,       ) AGENCY CASE NO(S).
                                           ) SO22001195
              v.                           )
                                           ) COMPLAINT
TYLER REVELS,                              )
                                           )
                      DEFENDANT(S).        )

     I, THE UNDERSIGNED, SAY, ON INFORMATION AND BELIEF, THAT IN
THE COUNTY OF MARIN, STATE OF CALIFORNIA:

COUNT 001:   On or about March 24, 2022, the crime of

ACQUISITION/RETENTION OF PERSONAL IDENTIFYING INFORMATION WITH A

PRIOR CONVICTION, in violation of Section 530.5(c)(2) of the

Penal Code, a felony, was committed by TYLER REVELS, who did

willfully and unlawfully, with the intent to defraud, acquire,


Page 1 of 6

COMPLAINT

TYLER REVELS                                           SC220572

and retain possession of the personal identifying information of
another person, to wit:  Amy Thelen.

  IT IS FURTHER ALLEGED that the said defendant was previously
convicted of a violation of section 530.5 of the Penal Code, to
wit:

PRIOR 1:  On February 4, 2020, said defendant was convicted of a
violation of Section 530.5(c)(3) of the Penal Code, in the Marin
County Superior Court, State of California, in court case no.
SC209956A..

COUNT 002: For a further and separate cause of complaint, being
a different offense from but connected in its commission with
the charge set forth in Count 001, complainant further complains
and says:  On or about March 24, 2022, the crime of ACQUISITION
OF ACCESS CARD ACCOUNT INFORMATION, in violation of Section
484e(d) of the Penal Code, a felony, was committed by TYLER
REVELS, who, at the time and place last aforesaid, did willfully
and unlawfully acquire access card account information with
respect to an access card validly issued to another person, to
wit: Amy Thelen, without the cardholder's and issuer's consent,
and with the intent to use it fraudulently.

USTR-001039

TYLER REVELS                                              SC220572

NOTICE:  Conviction of this (these) offense(s), as to Counts 1 and 2, will require the said defendant(s), TYLER REVELS, to provide specimens and samples pursuant to Penal Code Section 296.  Willful refusal to provide the specimens and samples is a crime.

NOTICE:  Conviction of this (these) offense(s), as to Counts 1 and 2, will require the said defendant, TYLER REVELS, to relinquish all firearms pursuant to Penal Code Section 29800.

IT IS FURTHER ALLEGED, as to Counts 1 and 2, that prior to the commission of the above offense(s), the said defendant(s), TYLER REVELS, was convicted of the following felonies within the meaning of Penal Code Section 1203(e)(4):

PRIOR 1:  On May 7, 2018, said defendant was convicted of a violation of Section 166(c)(4) of the Penal Code, in the Contra Costa County Superior Court, State of California, in court case no. 1184245-9.

PRIOR 2:  On May 7, 2018, said defendant was convicted of a violation of Section 273.5(a) of the Penal Code, in the Contra

Page 3 of 6

TYLER REVELS                                        SC220572

Costa County Superior Court, State of California, in court case
no. 05,172271,9,001.

PRIOR 3:  On May 7, 2018, said defendant was convicted of a
violation of Section 166(c)(4) of the Penal Code, in the Contra
Costa County Superior Court, State of California, in court case
no. 05,172271,9,001.

PRIOR 4:  On February 5, 2019, said defendant was convicted of a
violation of Section 626.9(b)/626.9(f)(2)(a)(i) of the Penal
Code, in the Marin County Superior Court, State of California,
in court case no. SC206830A.

PRIOR 5:  On February 4, 2020, said defendant was convicted of a
violation of Section 530.5(c)(3) of the Penal Code, in the Marin
County Superior Court, State of California, in court case no.
SC209956A.

    As to Counts 1 and 2, committed by the said defendant(s),
TYLER REVELS, it is further alleged, pursuant to California
Rules of Court 4.421(b)(2), that the defendant's prior
convictions as an adult or sustained petitions in juvenile

COMPLAINT

USTR-001041

TYLER REVELS                                    SC220572

delinquency proceedings are numerous or of increasing
seriousness.

As to Counts 1 and 2, committed by the said defendant(s),
TYLER REVELS, it is further alleged, pursuant to California
Rules of Court 4.421(b)(3), that the defendant has served a
prior term in prison or county jail under section 1170(h).

As to Counts 1 and 2, committed by the said defendant(s),
TYLER REVELS, it is further alleged, pursuant to California
Rules of Court 4.421(b)(4), that the defendant was on probation,
mandatory supervision, post-release community supervision, or
parole when the crime was committed.

As to Counts 1 and 2, committed by the said defendant(s),
TYLER REVELS, it is further alleged, pursuant to California
Rules of Court 4.421(b)(5), that the defendant's prior
performance on probation, mandatory supervision, post-release
community supervision, or parole was unsatisfactory.

AGENCY REPORT SO22001195, INCORPORATED BY REFERENCE HERETO.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT EXCEPT AS TO THOSE MATTERS STATED ON THE

COMPLAINT

USTR-001042

TYLER REVELS                                      SC220572

INFORMATION AND BELIEF AND AS TO THOSE MATTERS I BELIEVE THEM TO
BE TRUE.

    EXECUTED ON 8/29/2022, AT SAN RAFAEL, CALIFORNIA.

*Kendra F. Rudolph*

KENDRA F. RUDOLPH
DEPUTY DISTRICT ATTORNEY

COMPLAINT

USTR-001043

**OFFICE OF THE DISTRICT ATTORNEY**
MARIN COUNTY, CALIFORNIA

*Prevention ★ Prosecution ★ Protection*

*Lori E. Frugoli*
**District Attorney**

August 19, 2022

# Investigator's Report

| | | | |
|---|---|---|---|
| Def. Name | Tyler Revels | | |
| DA Number | 334197 | | |
| Crime Case # | SO22001195 | Investigator | York H. Tsuruta |
| Subject: | Interview with Amy Thelen | | |
| Victim | Amy Thi THELEN | | |

Redacted

On 8-19-22 at 3:30 pm, Amy Thelen returned my calls to her cellphone and consented to a recorded interview.

Amy told me that her wallet was lost or stolen in San Francisco in Feb 2022. She can get me the exact date later but she was driving at the time so she could not access her phone at the moment. Amy last saw her wallet when she paid for a massage at a salon on Irving St in San Francisco and noticed it was missing the next day at home.

After noticing the wallet was missing, she got bank notifications that her credit cards were being used in San Rafael Target for $400. The notification came due to the bank's automated unusual activity alert. The first attempt on one of her credit cards was denied when she responded to the alert that it was not her making the purchase. Another one of her credit cards was used and the transaction went through at Target for the $400. However, the bank covered that fraudulent charge.

Amy said her wallet was a slim black wallet mainly for cash, credit cards, ID, etc. In it, she had her CDL, a few credit cards, a health thrift charge card, and her medical insurance card. She does not think she had any cash.

Amy did not file a police report with San Francisco Police Department. Amy canceled all her credit cards and had new ones issued. She also had to get a new CDL and insurance card.

USTR-001044

Amy does not know Tyler Revels and he should not have any of her property or PII.  Amy confirmed her address.  I texted her my email so she could send me the information she has about her credit card alerts later when she could safely access her phone and email.  Amy said she was contacted by a probation officer and told him the same information she told me about her lost or stolen wallet and fraudulent credit card usage.

At 3:48 pm, Amy sent me three emails re the fraudulent charges.  From the email chain, I see that these emails are alert emails banks sent to her and that she forwarded to Trevor Lilian, whom I know is a Marin Probation officer.

I uploaded the three emails and the audio recordings (three since I called her back twice with quick additional questions).

York H. Tsuruta

USTR-001045

# Incident Report
# MARIN COUNTY SHERIFF'S OFFICE

**22-1195**

Supplement No
**ORIG**



Supplement No
22-1195                         ORIG

1600 LOS GAMOS DR #200

SAN RAFAEL, CALIFORNIA 94903

Reported Date
**03/24/2022**
Rpt/Incident Typ
**MISC PC**
Member #
**MULLER,ALEJANDRO**

Phone
**(415)473-7284**
Fax
**(415)473-4126**

## Administrative Information

| Agency | | | | Case Number | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|---|
| **MARIN COUNTY SHERIFF'S OFFICE** | | | | **22-1195** | **ORIG** | **03/24/2022** | **17:00** |

| Status | Rpt/Incident Typ | | | | | | |
|---|---|---|---|---|---|---|---|
| **Report to follow** | **Penal Code Violation** | | | | | | |

| Location | | | | | | | City |
|---|---|---|---|---|---|---|---|
| **14 TERNERS DR #34** | | | | | | | **Marin City** |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|---|
| **94965** | **451113** | **SO1** | **SO11** | **03/24/2022** | **17:00** | **03/24/2022** | **19:00** | **1P2** |

| Member # | | | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|---|---|
| **SO1892/MULLER,ALEJANDRO** | | | **Cope** | **SO1892** | **Cope** | **Successful** |

| Prop Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| **Successful** | **SO1613** | **05/21/2022** | **12:16:38** |

| # Offenses | Offense | Description |
|---|---|---|
| **1** | **1203.2 PC** | **Violation of Probati** |

| NIBRS | | [A_C] | [MOE] |
|---|---|---|---|
| | | | |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| **SUS** | **SUS** | **1** | **REVELS,TYLER** | **B** | **M** |

| DOB |
|---|
| **11/07/1997** |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| **SUS** | **1** | **I** | **REVELS,TYLER** | **3307757** |

| Race | Sex | DOB |
|---|---|---|
| **B** | **M** | **11/07/1997** |

## Property Summary

| Involvement |
|---|
| **EVD** |

Description
**Article: Office equipment/cellular phones TELEPH LG STYLO 6 LG MOBILE PHONE WITH RED 49NINERS COVER**

| Involvement |
|---|
| **EVD** |

Description
**Article: Office equipment/cellular phones TELEPH IPHONE 13 IPHONE WITH BLACK COVER**

## Summary Narrative

On 03-24-2022, Revels was contacted during a probation search of his residence. Pursuant to his probation terms (SC09956A), Probation Officer Lillian conducted a search of Revels' mobile phone and found personal information belonging to other individuals. Revels' mobile phones were confiscated to conduct a fraud investigation.

| Report Officer | Printed At |
|---|---|
| **SO1892/MULLER,ALEJANDRO** | **08/12/2022 07:42** |

**Page 1 of 3**

USTR-001046

# Incident Report
# MARIN COUNTY SHERIFF'S OFFICE

22-1195

Supplement No
ORIG

## Suspect 1: REVELS,TYLER

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Suspect | 1 | Individual | REVELS,TYLER |

| MNI | Race | Sex | DOB | Age | Juvenile? | PRN |
|---|---|---|---|---|---|---|
| 3307757 | Black | Male | 11/07/1997 | 24 | No | 854006 |

| Type | Address |
|---|---|
| Home | 14 TERNERS DR #34 |

| City | State | ZIP Code | Date |
|---|---|---|---|
| Marin City | California | 94965 | 03/24/2022 |

| Type | ID No |
|---|---|
| FBI number | ███████ |

| Type | ID No | OLS |
|---|---|---|
| Operator License | ███████ | California |

| Type | ID No | OLS |
|---|---|---|
| CII Number | ███████ | California |

| Type | ID No |
|---|---|
| Social Security Number | ███████ |

## Property

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 1 | Evidence | 03/24/2022 | Yes | No | 220000701 | 1 | UNKNOWN |

| # Pieces | Description | | Typ |
|---|---|---|---|
| 1 | LG MOBILE PHONE WITH RED 49NINERS COVER | | A |

| Cat | Article | Brand | Article Color |
|---|---|---|---|
| Office equipment/cellular phones | Telephone/Phone | LG | Silver or aluminum |

| Model | Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|---|
| STYLO 6 | 04/28/2022 | 12:49 | Successful | SO2423 | 0503221300 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| OWN | SUS | 1 | REVELS,TYLER | | B | M |

| DOB |
|---|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 2 | Evidence | 03/24/2022 | Yes | No | 220000701 | 2 | UNKNOWN |

| # Pieces | Description | | Typ |
|---|---|---|---|
| 1 | IPHONE WITH BLACK COVER | | A |

| Cat | Article | Brand | Article Color | Model |
|---|---|---|---|---|
| Office equipment/cellular phones | Telephone/Phone | IPHONE | Pink | 13 |

| Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|
| 04/28/2022 | 12:53 | Successful | SO2423 | 0503221300 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| OWN | SUS | 1 | REVELS,TYLER | | B | M |

| DOB |
|---|
| 11/07/1997 |

## Narrative

Introduction:

On Thursday, 03-24-2022, at approximately 1730 hours, the Coordination of Probation Enforcement (Det. Halawa, Probation Officer Festejo and I) along with Probation Supervisor Carmona and Probation Officer Lillian responded to 14 Terners Dr #34 in Marin City in order to contact Marin County probationer Tyler Revels (SC209956A). On the aforementioned date and time we were all wearing clothing and badges that identified us as law enforcement officers. Revels' probation terms dictated he was subject to search and seizure, including residence and all electronics. In addition, per Revels' probation terms, he was to have no personal identification of others.

Investigation:

Upon arrival to the scene, Revels was contacted inside of the residence by Probation Officer Lillian and Supervisor Carmona and a probation search of his person and property was conducted by Probation Officer Lillian. During the contact, Probation Officer Lillian advised he had located suspected personal identification belonging to others while conducting a probation search of Revels' mobile phones. Probation Officer Lillian also located several credit cards which belonged to Amy Thelen. See below for the located credit card information:

CITI VISA CARD : 4100 3900 6326 5744

| Report Officer | Printed At |
|---|---|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

| Page 2 of 3 |
|---|

USTR-001047

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

22-1195

Supplement No
ORIG

### Narrative

VISA HEALTH EXPENSE CARD: 5423 8110 1379 4092
SELECT PRIORITY PASS: 7357450012587011
AMERICAN EXPRESS CARD: 3739 123968 61010
VISA SAPPHIRE CARD: 4147 2024 8013 6603

Probation Officer Lillian also located a foldable pocket knife inside of Revels backpack. Based on the aforementioned located items, Probation Officer Lillian advised me Revels was in violation of his probation terms. At this time, Probation Officer Lillian elected to not arrest Revels for a violation of his probation terms and took possession of both of Revels' mobile phones, the located credit cards and the foldable pocket knife. Probation Officer Lillian stated he would reach out to me at a future date to coordinate efforts and conduct a fraud investigation.

On 04-07-2022, I obtained the recovered items from DPO Lillian and placed them into temporarily evidence locker. On 04-08-2022, I responded to the Novato Police Department, where I provided the recovered mobile phones to Detective Shaw (NPD) for forensic extraction.

On 04-19-2022, I recovered retrieved Revels' mobile phones from Detective Shaw, and he provided with a flash drive which contained data retrieved from Revels' phones.

Evidence:

Revels' mobile phones were later booked into evidence.

Case Status:

Open, pending review of evidence. To be completed by 05-27-2022.

| Report Officer | Printed At |
|---|---|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

Page 3 of 3

USTR-001048

# Incident Report
# MARIN COUNTY SHERIFF'S OFFICE

22-1195

Supplement No
0001



22-1195

Supplement No
0001

1600 LOS GAMOS DR #200

SAN RAFAEL, CALIFORNIA 94903

Reported Date
05/13/2022
Rpt/Incident Typ
MISC PC
Member #
MULLER,ALEJANDRO

Phone
(415)473-7284
Fax
(415)473-4126

## Administrative Information

| Agency | | Case Number | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| MARIN COUNTY SHERIFF'S OFFICE | | 22-1195 | 0001 | 05/13/2022 | 16:08 |

| Status | Rpt/Incident Typ | | | |
|---|---|---|---|---|
| Report to follow | Penal Code Violation | | | |

| Location | | | | | City |
|---|---|---|---|---|---|
| 14 TERNERS DR #34 | | | | | Marin City |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|---|
| 94965 | 451115 | SO1 | SO11 | 03/24/2022 | 17:00 | 03/24/2022 | 19:00 | 1P2 |

| Member # | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|
| SO1892/MULLER,ALEJANDRO | Cope | SO1892 | Cope | Successful |

| Prop Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| Successful | SO1613 | 07/20/2022 | 21:46:54 |

## Summary Narrative

Supplemental report #1 was initiated to book evidence recovered from the scene.

## Suspect 1: REVELS,TYLER

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Suspect | 1 | Individual | REVELS,TYLER |

| MNI | Race | Sex | DOB | Age | Juvenile? | PRN |
|---|---|---|---|---|---|---|
| 3307757 | Black | Male | 11/07/1997 | 24 | No | 857030 |

| Type | ID No | | |
|---|---|---|---|
| FBI number | F8VLHAD5P | | |

| Type | ID No | OLS |
|---|---|---|
| Operator License | Y4298291 | California |

| Type | ID No | OLS |
|---|---|---|
| CII Number | A36361840 | California |

| Type | ID No |
|---|---|
| Social Security Number | 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 |

## Property

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 1 | Evidence | 05/13/2022 | Yes | No | 220000805 | 1 | 4100 3900 6326 5744 |

| # Pieces | Description | | | | | Typ | Cat |
|---|---|---|---|---|---|---|---|
| 1 | CITI VISA CARD : 4100 3900 6326 5744 | | | | | S | Other/Misc |

| Article | Account Name |
|---|---|
| Debit Card | AMY THELEN CITI VISA CARD |

| Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|
| 05/13/2022 | 16:16 | Successful | SO2562    0602220726 |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| SUS | SUS | 1 | REVELS,TYLER | B | M |

| DOB |
|---|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 2 | Evidence | 05/13/2022 | Yes | No | 220000805 | 2 | 5423 8110 1379 4092 |

| # Pieces | Description | | | | | Typ | Cat |
|---|---|---|---|---|---|---|---|
| 1 | VISA HEALTH EXPENSE CARD: 5423 8110 1379 4092 | | | | | S | Other/Misc |

| Article | Account Name |
|---|---|
| Debit Card | AMY THELEN VISA HEALTH EXPENSE CARD |

| Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|
| 05/13/2022 | 16:18 | Successful | SO2562    0602220726 |

| Report Officer | Printed At |
|---|---|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

| Page 1 of 3 |
|---|

# Incident Report
# MARIN COUNTY SHERIFF'S OFFICE

**22-1195**

Supplement No
0001

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | REVELS,TYLER | | B | M |

| DOB |
|---|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 3 | Evidence | 05/13/2022 | Yes | No | 220000805 | 3 | 7357450012587011 |

| # Pieces | Description | | | | Typ | Cat |
|---|---|---|---|---|---|---|
| 1 | SELECT PRIORITY PASS: 7357450012587011 | | | | S | Other/Misc |

| Article | Account Name |
|---|---|
| Debit Card | AMY THELEN SELECT PRIORITY PASS |

| Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|
| 05/13/2022 | 16:18 | Successful | SO2562   0602220726 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | REVELS,TYLER | | B | M |

| DOB |
|---|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 4 | Evidence | 05/13/2022 | Yes | No | 220000805 | 4 | 3739 123968 61010 |

| # Pieces | Description | | | | Typ | Cat |
|---|---|---|---|---|---|---|
| 1 | AMERICAN EXPRESS CARD: 3739 123968 61010 | | | | S | Other/Misc |

| Article | Account Name |
|---|---|
| Debit Card | AMY THELEN AMEX |

| Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|
| 05/13/2022 | 16:18 | Successful | SO2562   0602220726 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | REVELS,TYLER | | B | M |

| DOB |
|---|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No | Serial No |
|---|---|---|---|---|---|---|---|
| 5 | Evidence | 05/13/2022 | Yes | No | 220000805 | 5 | 4147 2024 8013 6603 |

| # Pieces | Description | | | | Typ | Cat |
|---|---|---|---|---|---|---|
| 1 | VISA SAPPHIRE CARD: 4147 2024 8013 6603 | | | | S | Other/Misc |

| Article | Account Name |
|---|---|
| Debit Card | AMY THELEN VISA SAPPHIRE |

| Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|
| 05/13/2022 | 16:19 | Successful | SO2562   0602220726 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | REVELS,TYLER | | B | M |

| DOB |
|---|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No |
|---|---|---|---|---|---|---|
| 6 | Evidence | 05/13/2022 | Yes | No | 220000805 | 6 |

| Description | | Typ | Cat | Article |
|---|---|---|---|---|
| blk/ sil foldable pocket knife | | A | Other/Misc | KNIFE |

| Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|
| 05/13/2022 | 16:19 | Successful | SO2562   0602220726 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| OWN | SUS | 1 | REVELS,TYLER | | B | M |

| DOB |
|---|
| 11/07/1997 |

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No |
|---|---|---|---|---|---|---|
| 7 | Evidence | 05/13/2022 | Yes | No | 220000805 | 7 |

| Description | | Typ | Cat | Article |
|---|---|---|---|---|
| marin county probation property sheet | | A | Other/Misc | DOCUME |

| Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|
| 05/13/2022 | 16:21 | Successful | SO2562   0602220726 |

## Narrative

Supplmental report:

On 05-13-2022, I booked the following evidence into temporary locker #7.

Securities:

CITI VISA CARD : 4100 3900 6326 5744
VISA HEALTH EXPENSE CARD: 5423 8110 1379 4092

| Report Officer | Printed At |
|---|---|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

Page 2 of 3

USTR-001050

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

22-1195

Supplement No
0001

### Narrative
SELECT PRIORITY PASS: 7357450012587011
AMERICAN EXPRESS CARD: 3739 123968 61010
VISA SAPPHIRE CARD: 4147 2024 8013 6603

Articles:

Black / silver foldable knife
Marin County Probation property sheet
Photographs were uploaded into Evidence.com

Case Status:

Open, pending review of forensic download.

| Report Officer | Printed At |
| --- | --- |
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

Page 3 of 3

USTR-001051

# Incident Report
# MARIN COUNTY SHERIFF'S OFFICE

**22-1195**

Supplement No
**0002**

22-1195

Supplement No
0002

1600 LOS GAMOS DR #200

SAN RAFAEL, CALIFORNIA 94903

Reported Date
**07/20/2022**
Rpt/Incident Typ
**MISC PC**
Member #
**MULLER,ALEJANDRO**

Phone
**(415)473-7284**
Fax
**(415)473-4126**

## Administrative Information

| Agency | | Case Number | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| MARIN COUNTY SHERIFF'S OFFICE | | 22-1195 | 0002 | 07/20/2022 | 13:19 |

| Status | Rpt/Incident Typ | | | | |
|---|---|---|---|---|---|
| Report to follow | Penal Code Violation | | | | |

| Location | | | | | | | City |
|---|---|---|---|---|---|---|---|
| 14 TERNERS DR #34 | | | | | | | Marin City |

| ZIP Code | Rep Dist | Area | Beat | From Date | To Date | To Time | Primary Unit |
|---|---|---|---|---|---|---|---|
| 94965 | 451115 | SO1 | SO11 | 07/20/2022 | 07/20/2022 | 10:00 | 1P2 |

| Member # | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|
| SO1892/MULLER,ALEJANDRO | Cope | SO1892 | Cope | Successful |

| Prop Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| Successful | SO1613 | 08/03/2022 | 20:44:20 |

| # Offenses | Offense | Description |
|---|---|---|
| 1 | 530.5 (C)(3) PC | Possess ID of 10 or |

| NIBRS | [A_C] | [MOE] |
|---|---|---|
| | | |

| # Offenses | Offense | Description |
|---|---|---|
| 2 | 484E(D) PC | Grand Theft Access C |

| NIBRS | [A_C] | [MOE] |
|---|---|---|
| | | |

## Summary Narrative

A review of the forensic download of Revel's mobile phones determined probable cause that Revels was in violation of 530.5(c)(3)PC, 484E(D) PC and 1203.2 PC. A complaint request was forwarded to the MCDA's Office for review.

## Complaint Request 1: REVELS,TYLER

| Involvement | Invl No | Type |
|---|---|---|
| Complaint Request | 1 | Individual |

| Name | MNI | Race | Sex |
|---|---|---|---|
| REVELS,TYLER | 3307757 | Black | Male |

| DOB | Age | Juvenile? | PRN |
|---|---|---|---|
| 11/07/1997 | 24 | No | 857687 |

| Type | ID No | |
|---|---|---|
| FBI number | F8VLHAD5P | |

| Type | ID No | OLS |
|---|---|---|
| Operator License | Y4298291 | California |

| Type | ID No | OLS |
|---|---|---|
| CII Number | A36361840 | California |

| Type | ID No | |
|---|---|---|
| Social Security Number | 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 | |

| Involvement | Status | Dispo |
|---|---|---|
| Complaint Request | Complaint Request | Felony |

| Arrest Location | City |
|---|---|
| 14 TERNERS DR #34 | Marin City |

| Rep Dist | Beat |
|---|---|
| 451115 | SO11 |

| Charge | Level | Charge Descrip |
|---|---|---|
| 530.5(C)(3) PC | F | Possess Id of 10 or |

| Charge | Level | Charge Descrip |
|---|---|---|
| 484E(D) PC | F | Grand theft access c |

| Report Officer | Printed At |
|---|---|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

Page 1 of 6

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

22-1195

Supplement No
0002

## Victim (Person) 1: SPENCER-TAYLOR,ASHANTI

| Involvement | Invl No | Type |
|---|---|---|
| Victim (Person) | 1 | Individual |

| Name | MNI | Race | Sex |
|---|---|---|---|
| SPENCER-TAYLOR,ASHANTI | Redacted | Black | Female |

| DOB | Age | Juvenile? | PRN |
|---|---|---|---|
| Redacted | 21 | No | Redacted |

## Victim (Person) 2: MANUEL,TIMOTHY K

| Involvement | Invl No | Type |
|---|---|---|
| Victim (Person) | 2 | Individual |

| Name | MNI | Sex |
|---|---|---|
| MANUEL,TIMOTHY K | Redacted | Male |

| DOB | Age | Juvenile? | PRN |
|---|---|---|---|
| Redacted | 27 | No | Redacted |

| Type | | ID No |
|---|---|---|
| Social Security Number - Obsolete | | 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 |

| Type | Email |
|---|---|
| Home | Redacted |

## Victim (Person) 3: BUSH,DAVONN ALEXANDER

| Involvement | Invl No | Type |
|---|---|---|
| Victim (Person) | 3 | Individual |

| Name | MNI | Sex |
|---|---|---|
| BUSH,DAVONN ALEXANDER | Redacted | Female |

| DOB | Age | Juvenile? | PRN |
|---|---|---|---|
| Redacted | 22 | No | Redacted |

| Type | ID No |
|---|---|
| Social Security Number | Redacted |

| Phone Type | Phone No | Date |
|---|---|---|
| Cell/Mobile | Redacted | 07/20/2022 |

| Type | Email |
|---|---|
| Home | Redacted |

## Victim (Person) 4: THELEN,AMY

| Involvement | Invl No | Type |
|---|---|---|
| Victim (Person) | 4 | Individual |

| Name | MNI | Age | Juvenile? |
|---|---|---|---|
| THELEN,AMY | Redacted | 40 | No |

| PRN |
|---|
| Redacted |

| Phone Type | Phone No | Date |
|---|---|---|
| Home | Redacted | 07/20/2022 |

## Victim (Person) 5: STALLINGS,NAYSHA

| Involvement | Invl No | Type |
|---|---|---|
| Victim (Person) | 5 | Individual |

| Name | MNI | Race | Sex |
|---|---|---|---|
| STALLINGS,NAYSHA | Redacted | Black | Female |

| DOB | Age | Juvenile? | PRN |
|---|---|---|---|
| Redacted | 21 | No | Redacted |

| Type | ID No | OLS |
|---|---|---|
| Operator License | Redacted | Redacted |

| Type | ID No |
|---|---|
| Social Security Number | Redacted |

| Type | Email |
|---|---|
| Home | stallingsnaysha@gmail.com |

## Victim (Person) 6: NOLAND,ANGEL

| Involvement | Invl No | Type |
|---|---|---|
| Victim (Person) | 6 | Individual |

| Name | MNI | DOB | Age |
|---|---|---|---|
| NOLAND,ANGEL | Redacted | Redacted | 21 |

| Juvenile? | PRN |
|---|---|
| No | Redacted |

| Type | ID No |
|---|---|
| Social Security Number | Redacted |

| Report Officer | Printed At |
|---|---|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

Page 2 of 6

USTR-001053

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

22-1195

Supplement No
0002

| Type | Email |
|------|-------|
| Home | anoland43@gmail.com |

## Victim (Person) 7: WALKER,DEJA MONET

| Involvement | Invl No | Type |
|-------------|---------|------|
| Victim (Person) | 7 | Individual |

| Name | MNI | Sex |
|------|-----|-----|
| WALKER,DEJA MONET | Redacted | Female |

| DOB | Age | Juvenile? | PRN |
|-----|-----|-----------|-----|
| Redacted | 20 | No | Redacted |

| Type | ID No |
|------|-------|
| Social Security Number | Redacted |

## Victim (Person) 8: WORD,DENNIS

| Involvement | Invl No | Type |
|-------------|---------|------|
| Victim (Person) | 8 | Individual |

| Name | | Age | Juvenile? |
|------|--|-----|-----------|
| WORD,DENNIS | Redacted | 99 | No |

| PRN |
|-----|
| Redacted |

| Type | ID No |
|------|-------|
| Social Security Number | Redacted |

## Victim (Person) 9: FOWLER,KELLEY

| Involvement | Invl No | Type |
|-------------|---------|------|
| Victim (Person) | 9 | Individual |

| Name | MNI | Age | Juvenile? |
|------|-----|-----|-----------|
| FOWLER,KELLEY | Redacted | 99 | No |

| PRN |
|-----|
| Redacted |

| Type | ID No |
|------|-------|
| Social Security Number | Redacted |

## Victim (Person) 10: TYRENA SMITH

| Involvement | Invl No | Type |
|-------------|---------|------|
| Victim (Person) | 10 | Individual |

| Name | MNI | Sex |
|------|-----|-----|
| TYRENA SMITH | Redacted | Female |

| DOB | Age | Juvenile? | PRN |
|-----|-----|-----------|-----|
| Redacted | 20 | No | Redacted |

## Victim (Person) 11: COOPER,KAMMERON L

| Involvement | Invl No | Type |
|-------------|---------|------|
| Victim (Person) | 11 | Individual |

| Name | MNI | Sex |
|------|-----|-----|
| COOPER,KAMMERON L | Redacted | Male |

| DOB | Age | Juvenile? | PRN |
|-----|-----|-----------|-----|
| Redacted | 25 | No | Redacted |

| Type | Address |
|------|---------|
| Home | Redacted |

| City | State | ZIP Code | Date |
|------|-------|----------|------|
| ANTIOC | California | 94534 | 07/20/2022 |

## Victim (Person) 12: JONES,DARIEN DARRIO

| Involvement | Invl No | Type |
|-------------|---------|------|
| Victim (Person) | 12 | Individual |

| Name | MNI | Sex |
|------|-----|-----|
| JONES,DARIEN DARRIO | Redacted | Male |

| DOB | Age | Juvenile? | PRN |
|-----|-----|-----------|-----|
| Redacted | 25 | No | Redacted |

| Type | ID No |
|------|-------|
| Social Security Number | Redacted |

| Report Officer | Printed At |
|----------------|------------|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

Page 3 of 6

USTR-001054

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

22-1195

Supplement No
0002

### Victim (Person) 13: CROWDER,AKIA JANAA

| Involvement | Invl No | Type |
|---|---|---|
| Victim (Person) | 13 | Individual |

| Name | MNI | Age | Juvenile? |
|---|---|---|---|
| CROWDER,AKIA JANAA | Redacted | 9 | No |

| PRN |
|---|
| Redacted |

| Type | ID No |
|---|---|
| Social Security Number | Redacted |

### Property

| Prop # | Involvement | Invl Date | Item In Custody? | Security | Tag No | Item No |
|---|---|---|---|---|---|---|
| 1 | Evidence | 07/20/2022 | Yes | No | 220001297 | 1 |

| Description | Typ |
|---|---|
| FLASH DRIVE WITH FORENSIC DOWNLOAD | A |

| Cat | Article | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|---|
| Data processing equipment | Disk Drives | 07/29/2022 | 12:18 | Successful |

| Control |
|---|
| SO2562   0729221431 |

### Narrative

Supplemental report:

On 07-19-2022, I completed a review of the forensic download from both of Revel's mobile cell phones. Upon review of the forensic download, I observed at least ten potential victims of fraud, in violation of 530.5(c) (3) PC. In addition, based on the located access cards belonging to Amy Thelen, I also believed Revels was in violation of 484(e) (d) PC.

Observed PII from Revel's cell phone forensic download:

The PII observed from Revel's cell phone data was observed via photographs, notes and in other folders from the Forensic download.

Below is a summary of the observed PII which included; Individual names, names of Corporations, associates DOBs, whether or not Revels retained photographs of victim's ID, ID number, social security number, contact information (emails and phone numbers) and addresses and online log-in information to password protected website (to include banking and EDD processing websites).

-Ashanti Spencer-Taylor(DOB Redacted , Revel's retained a photograph of her CA ID Redacted . A CLETS records check confirmed the aforementioned CA ID number to be true.

-Timothy Manuel Redacted his SSN Redacted ID # Redacted and contact information to include phone number and email address.

-Davonn Alexander Bush Redacted Revel's retain a photograph of Bush's MO ID Redacted his SSN Redacted and contact information to include phone number and email address.

-Revel's retained Amy Thelen'stelephone number, in addition to several of her access cards.

-"Nay'Sha Stallings Redacted , a photograph of her MO ID Redacted her SSN Redacted , her contact information (both email and phone number), her suspected address (6263 Madison Ave) and banking information (First Community Credit Union, 3144778925, 920522896, 281081877).

-Angel Noland Redacted , Nolan's SSN information Redacted , email address and associated online log-in information Redacted .

-Dennis Word'sSSN information Redacted

-Kelley Fowler's SSN information Redacted

-Deja Monet Walker Redacted and SSN information Redacted

-Tyrena Smith'sDOB Redacted

| Report Officer | Printed At |
|---|---|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |

Page 4 of 6

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

22-1195

Supplement No
0002

## Narrative

-Kammeron L Cooperaddress [Redacted] and access card number [Redacted] [Redacted] to include the three digit security code [Redacted]

-Darien Darrio JonesDOB [Redacted] and SSN [Redacted]

-Akia Janaa CrowderSSN information [Redacted]

In addition to the observed PII, I located several photographs of redacted social security cards (from 03-16-2022).

I also observed several notes which provided instructions on how to apply and process claims from the State of California Employment Development Department (EDD).

See below:

-"Created 04-25-2021
Instructions on how to process PPP Method for EDD
PPP method
You need a cares act report, tax documents from 2019, voided check, and drivers license to apply for PPPloans.
If you gotta 1040 schedule C or F it will get your application approved faster.
You can make fake paystubs using 123paystubs.com
If your business credit score doesn't meet the required minimum it's gone get denied.
The owners personal credit score has to meet the required minimum or it will get denied.
YOU HAVE TO HAVE A BUSINESS BANK ACCOUNT OPENED For the ACH deposit to get transferred without being flagged for suspicious activity ??????????"
"Banks for business accounts that hit
Open up a Wells Fargo, a chase bank, or citi bank them fasho gone hit ??
$60,465 is what you put".

Victim Contact:

In relation to the 530.5 (C)(3) PC offense, prior to completing this supplemental report, an email was authored and sent out to the located victim's throughout this investigation. As of 07-29-2022, the victims have not responded to the email.

In relation to the 484(E)(d) PC violation, Probation Officer Lillian informed that he had spoken with Thelen, who informed him that she did not know Revels, nor was he supposed to be in possession of her personal access card. My attempts to contact Thelen have been met with negative results.

Investigation:

Based on Revels possessing the PII of 12 identified victims I believe he is in violation of 530.5(c)(3) PC. Based on Revels possessing the access card information, I believe he is in violation of 484e(d) PC.

Records Check:

An EJUs records check shows Revels to be on active Marin County probation through 10-04-2023 (SC209956A) for the violation of 530.5(c)(3) PC and 288.2(A)(2) PC.
A CHS on Revels revealed Revels has at least three convictions for firearm related charges to include, felon in possession of a firearm and possession of a firearm on school grounds. Revels also has a prior conviction for fraud related charges.

Disposition:

Based on the evidence obtained throughout the course of this investigation, I believed Revels was in violation of 530.5(c )(3) PC and 484(e) (d) PC. I also believed Revels was in violation of his mandatory Marin County supervision terms in violation of 1203.2 PC.

| Report Officer | Printed At |
|---|---|
| SO1892/MULLER,ALEJANDRO | 08/12/2022 07:42 |
| Page 5 of 6 | |

USTR-001056

# Incident Report
## MARIN COUNTY SHERIFF'S OFFICE

22-1195

## Narrative

Case Status:

Closed.

USTR-001057