FILED

SCANNED

JUL 25 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



21-CR-00403 VC

7-21-2024

DEAR CLERK,

I AM A FEDERAL INMATE CURRENTLY BEING HELD AT F.C.I. FLORENCE. IN NOVEMBER 2023 THE FEDERAL SENTENCING COMMITTEE PASSED AMENDMENT 821 THAT WENT INTO EFFECT FEBRUARY 1, 2024. IN 2021 I WAS CHARGED WITH FELON IN POSSESSION OF FIREARM 922g(1) AND I WAS SENTENCED TO 63 MONTHS. I FEEL THAT I QUALIFY FOR A SENTENCE REDUCTION BECAUSE AT THE TIME OF MY CURRENT OFFENSE I WAS ON PROBATION. AND I WOULD LIKE THE COURT TO APPOINT SOMEONE FROM THE FEDERAL PUBLIC DEFENDERS OFFICE TO REPRESENT ME IN THIS MATTER.

SINCERELY,
Tyler Revels

Tyler Revels #70304509
FCI FLORENCE
P.O. Box 6000
FLORENCE, CO 81226