UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>REVELS,<br><br>        Defendant. | Case No. 21-cr-00403-VC-1<br><br>**ORDER REQUESTING JOINT STATUS REPORT**<br><br>Re: Dkt. Nos. 137, 138, 139, 140 |

The parties should file a joint status report no later than 14 days after the date of this order.

**IT IS SO ORDERED.**

Dated: March 25, 2025

VINCE CHHABRIA
United States District Judge